**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Nicholaus H. Woltering (SBN 337193)
  nwoltering@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone:   (858) 914-2001
Facsimile:   (858) 914-2002

*Attorneys for Plaintiff Robyn Reilman*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ROBYN REILMAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>**1. VIOLATION OF CALIFORNIA UNFAIR BUSINESS PRACTICES ACT;**<br>**2. VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW;**<br>**3. VIOLATION OF CALIFORNIA CONSUMER LEGAL REMEDIES ACT;**<br>**4. VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT;**<br>**5.  BREACH OF EXPRESS WRITTEN WARRANTY;**<br>**6.  BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY;**<br>**7.  FRAUD AND DECEIT;**<br>**8.  NEGLIGENT MISREPRESENTATION;**<br>**9.  UNJUST ENRICHMENT; AND**<br>**10. NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

# **TABLE OF CONTENTS**

Page(s)

I.   **INTRODUCTION** .................................................................. 1

II.  **JURISDICTION AND VENUE** ............................................ 3

III. **FACTUAL ALLEGATIONS** ................................................. 4

    A.  Plaintiff ROBYN REILMAN ........................................... 4

    B.  Defendant FCA US, LLC ................................................ 5

IV.  **CLASS ACTION ALLEGATIONS** ...................................... 9

V.   **CLAIMS** ............................................................................. 13

FIRST CLAIM:
[Violation of California Business & Professions Code Sections 17200, *et seq.* –
Unfair Business Practices Act] ................................................ 13

SECOND CLAIM:
[Violation of California Business & Professions Code Sections 17500, *et seq.* –
False Advertising Law] ............................................................. 16

THIRD CLAIM:
[Violation of California Civil Code Sections 1750, *et seq.* –
Consumers Legal Remedies Act] ............................................. 18

FOURTH CLAIM:
[Violation of 15 U.S.C. Section 2301, *et seq.* –
the Magnuson-Moss Warranty Act] ......................................... 20

FIFTH CLAIM:
[Breach of Express Written Warranty –
California Civil Code Sections 1791.2(a) & 1794] ................... 22

SIXTH CLAIM:
[Breach of Implied Warranty of Merchantability –
California Civil Code Sections 1791.1; 1794; & 1795.5] .......... 23

SEVENTH CLAIM:
[Fraud and Deceit] ................................................................... 25

EIGHTH CLAIM:
[Negligent Misrepresentation] ................................................ 26

NINTH CLAIM:
[Unjust Enrichment]..................................................................................27

TENTH CLAIM:
[Negligence] ..............................................................................................28

**VI.   PRAYER FOR RELIEF** ......................................................................29

**VII. DEMAND FOR JURY TRIAL** ...........................................................30

Plaintiff **ROBYN REILMAN**, an individual, on behalf of herself and on behalf of all others similarly situated (*i.e.*, the members of the Plaintiff Class described and defined within this Complaint), brings this class action complaint against Defendant **FCA US, LLC** (herein after "Defendant").  Plaintiff herein alleges as follows:

# I.   INTRODUCTION

1.   This consumer class action arises out of Defendant's failure to disclose a uniform and widespread defect causing its 2017 to 2018 Chrysler Pacifica Plug-in Hybrid Electric Vehicles ("PHEVs") to explode and catch fire.  Defendant admits that the root cause of the fires is unknown, and that no remedy exists to date.  This class action primarily challenges the pervasive false advertisements disseminated by Defendant regarding the utility, functionality, and safety of its 2017 to 2018 Chrysler Pacifica PHEVs.  Exploiting the United States consumers' market preference for both hybrid vehicles and minivans, Defendant undertook in scope an almost unprecedented marketing campaign to sell its vehicles by claiming that its vehicles are family friendly and safe.

2.   The vehicles (hereinafter "Class Vehicles") are the 2017 and 2018 models of the Chrysler Pacifica PHEVs.  The Class Vehicles are at risk of exploding or catching fire due to an unknown root cause, resulting in an immediate risk to the vehicles' occupants or the property surrounding the vehicles.  On February 11, 2022, after receiving numerous complaints regarding Class Vehicle fires, Defendant FCA, US LLC issued Recall No. 22V-077 (hereinafter, the "Recall" or "Chrysler Recall") for the Class Vehicles.[1]  Defendant has asked owners of Class Vehicles to abstain from plugging in their minivans and parking near buildings and other cars after its internal investigation uncovering twelve (12) fires among the Chrysler minivans.

3.   Plaintiff ROBYN REILMAN ("Plaintiff" or "Mrs. Reilman") is from Valley Glen, California.  Mrs. Reilman purchased a 2018 Chrysler Pacifica PHEV in

---

[1] NHTSA, Part 573 Safety Recall Report 22V-077 (February 11, 2022) [hereinafter **Exhibit A**].

2018.  Plaintiff, for herself and all others similarly situated, brings this class action in response to the serious manufacturing defect in their minivans that can result in catastrophic damages to their vehicles.  Plaintiff, for herself and all others similarly situated, brings this action for reimbursement of the purchase price of the vehicles as well as other relief as deemed proper by this Court, pursuant to the Unfair Business Practices Act (California Business & Professions Code § 17200, *et seq.*); False Advertising (California Business & Professions Code § 17500, *et seq.*); Consumers Legal Remedies Act (California Civil Code § 1750, *et seq.*); the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*); breach of express written warranty; breach of implied warranty of merchantability; fraud and deceit; negligent misrepresentation, unjust enrichment; and negligence.

4.    Based on information and belief, Defendant FCA US, LLC is a limited liability company which is organized and in existence under the laws of the State of Delaware, and its principal place of business is in the State of Michigan.  At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in the United States.  From its headquarters in Michigan, Defendant FCA US, LLC marketed the Class Vehicles to consumers.

5.    Based on information and belief, Plaintiff alleges that at all times mentioned herein, Defendant and all unknown co-conspirators were an agent, servant, employee and/or joint venture of each other, and were at all times acting within the course and scope of said agency, service, employment, and/or joint venture with full knowledge, permission, and consent of each other.  In addition, each of the acts and/or omissions of each Defendant and unknown co-conspirators alleged herein were made known to, and ratified by, Defendant.  Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the unknown co-conspirators when such identities become known.

6.     To the extent that there are any statutes of limitations applicable to Plaintiff's and Class Members' claims, the running of the limitations periods has been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling.

## II.    JURISDICTION AND VENUE

7.     **Subject Matter Jurisdiction**.  This Court has subject matter jurisdiction over this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d), because this is a class action in which the matter in controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and there are 100 or more class members who are citizens of different states from Defendant.

8.     **Personal Jurisdiction.**  This Court has personal jurisdiction over Plaintiff because Plaintiff resides in Los Angeles County and submits to the Court's jurisdiction.  This Court has personal jurisdiction over Defendant because Defendant has conducted and continues to conduct substantial business in California, and has sufficient minimum contacts with California in that (1) Defendant FCA US, LLC, is registered to do business in the State of California with its registered office located at the address: 5000 Birch Street, Suite 10000, Newport Beach, Orange County, State of California; (2) Defendant FCA US, LLC maintains its "Los Angeles Parts Distribution Center" located at 5141 Santa Ana Street, Ontario, CA 91761 (San Bernardino County); (3) Defendant FCA US, LLC maintains dealerships selling Class Vehicles across the United States, including California; (4) Defendant engaged in a media campaign targeting California consumers; and (5) as noted by Chrysler, forty percent of all hybrids are sold in the State of California.  California is the biggest minivan market in the country.  *See infra,* Section III.B. at ¶ 26

9.     **Venue.** Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b) because Defendant does business within the state of California.  Defendant sells a substantial number of

automobiles in this District, and has dealerships in this District, including a dealership located in Chatsworth, California, County of Los Angeles.  Venue is also proper because Defendant caused harm to Class Members residing in this District.

## III.   FACTUAL ALLEGATIONS

### A. Plaintiff ROBYN REILMAN

10.   Plaintiff is a resident and citizen of Valley Glen, California.  She purchased a new 2018 Chrysler Pacifica PHEV in 2018 at a dealership located in Chatsworth, California, Los Angeles County.

11.   Since the Recall, Mrs. Reilman has been left with a vehicle that could catch fire at any second, resulting in an immediate risk to her vehicles' occupants, including her husband, or the property surrounding her vehicle.

12.   Mrs. Reilman called the telephone number listed in the recall notice that she received for her vehicle to see if she can proceed with a buyback request for the vehicle.  After speaking to multiple people, Mrs. Reilman's request was denied without a clear explanation.  Instead, ***she was advised to park her car in an empty lot somewhere***.

13.   Mrs. Reilman is concerned about the safety hazard noted in the recall notice; however, she has no other choice but to use her dangerous vehicle, including parking her vehicle inside her garage.

14.   Mrs. Reilman made the decision to purchase a 2018 Chrysler Pacifica PHEV after researching, viewing, and relying on television, print, and online Chrysler advertisements depicting the Class Vehicle as the "most family friendly minivan in its class," and assuring consumers that, "[y]our family's safety and security are what matter most."[2]  Based on information and belief, those same television, print and

---

[2] *2018 Chrysler Pacifica Brochure* https://cdn.dealereprocess.org/cdn/brochures/chrysler/2018-pacifica.pdf (2018) (Last accessed: April 4, 2022) [hereinafter **Exhibit B**].

online advertisements were disseminated by Defendant throughout California and the United States regarding the safety of the Class Vehicles.

15.   When researching the Class Vehicles by reviewing Defendant's websites, television commercials, and print advertisements in magazines, Mrs. Reilman was impressed with the utility and safety of the vehicles, which led her to believe that her vehicle would be safe, functional, and she would be able to park it anywhere, including at her own house.  Mrs. Reilman relied heavily on these advertisements in deciding to buy her vehicle.

16.   Based on these representations, Mrs. Reilman reasonably believed that she would be able to safely drive her vehicle and that it would not unexpectedly catch fire.  Furthermore, none of these advertisements provided a clear or understandable disclaimer that the Class Vehicles were susceptible to spontaneous combustion or would be unsafe.

17.   After purchasing the vehicle, Mrs. Reilman discovered that her vehicle would not be safely parked, that her vehicle could catch fire, and ultimately was not safe for her or her husband.  Had it been disclosed to Mrs. Reilman that Defendant's advertisements of the safety of Class Vehicles were false, she would have considered buying a different vehicle.  Based on information and belief, Defendant's false advertisements made to Mrs. Reilman were part of a targeted marketing plan executed by Defendant to class members throughout California and the United States.

18.   Mrs. Reilman, therefore, has been damaged, and seeks, on behalf of herself and all others similarly situated, monetary damages and injunctive and other equitable relief for Defendant's misconduct in the design, manufacture, marketing, sale, and lease of the Class Vehicles as alleged in this Class Action Complaint.

**B. Defendant FCA US, LLC**

19.   FCA US, LLC offers passenger cars, utility vehicles, minivans, trucks, and commercial vans, as well as distributes automotive service parts and accessories. As the North American arm of Fiat Chrysler Automobiles, FCA US, LLC

**CLASS ACTION COMPLAINT**                                                                                   5

manufactures a range of vehicles under its Fiat and Chrysler brands, including Jeep, Ram, Dodge, Alfa Romeo, and Abarth at 45 plants in the United States and Mexico. It ships about 2.5 million vehicles every year. It also features its parent's trademarked MOPAR automobile parts and service brand which carries more than 500,000 parts, options, and accessories for vehicle customization.

20. The Chrysler Recall admits that Chrysler has no remedy at the moment for the Class Vehicles: "FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy is under development. Until further notice, the Company is advising owners of these hybrid vehicles to refrain from recharging them, and to park them away from structures and other vehicles." The Recall report states that, "Remedy is under development. Root cause is unknown."[3]

21. FCA US, LLC contends that the "root cause is unknown" and the "remedy is under development," in its Recall Report. Defendant describes the safety risk of a vehicle fire to consumers as, "an increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage." This is true, "even with the ignition in the 'OFF' mode."

22. As a result, Class Vehicle owners and lessees have been burdened with vehicles that do not perform as advertised and cannot be safely parked like other cars. Due to the undisclosed defect, Plaintiff and Class Members were deprived the benefit of their bargain in purchasing or leasing their Class Vehicles. Further, Plaintiff and Class Members suffered an ascertainable loss of money, property, and/or value of their Class Vehicles.

23. A total of 19,808 minivans are included in the Recall, with 16,741 in the United States, 2,317 in Canada and an additional 750 in places outside North

---

[3] *See* Exh. A at 3.

**CLASS ACTION COMPLAINT**

6

America.[4]  Defendant estimates that the estimated percentage of Class Vehicles with the unknown defect is 100%.

24.     Although Defendant reports that the "root cause [of the fires] is unknown," it represented to 2017 and 2018 Chrysler Pacifica PHEV consumers that the minivan was suited as a family vehicle and that the minivan sported numerous safety and security features.

25.     Defendant represented to consumers of the **2017 Chrysler Pacifica PHEV** that the minivan was suited for "family utility" and consumers' "family's active lifestyle."[5]  Defendant emphasized that the minivan was a "family room on wheels," and reassured consumers that, "your family's safety and security are what matter most."  Further, Defendant highlighted the 2017 Chrysler Pacifica PHEV as having "100+ standard and available safety & security features."  (Exh. C).  Defendant represented in its materials that, "paramount to helping protect you and your family is over 100 standard and available safety and security features that automatically react in the blink of an eye."  (*Id.*)  Based on information and belief, these representations were disseminated by FCA US, LLC throughout California and the United States regarding the safety of the vehicle.

26.     Similarly, Defendant represented to consumers of the **2018 Chrysler Pacifica PHEV** that the minivan was "here to serve your real life with care as the most family friendly minivan in its class."  (Exh. B).  Defendant emphasized the 2018 minivan's numerous safety and security features.  (*Id.*)  Defendant highlighted its mission for reducing emissions, and helping consumers "see savings."  (*Id.*)  Defendant advertised the 2018 Chrysler Pacifica PHEV as having "a 33-mile electric

---

[4] Steven Ewing, "Chrysler Pacifica Hybrid Recalled Due to Fire Risk." *Roadshow*, CNET, 14 Feb. 2022, https://www.cnet.com/roadshow/news/chrysler-pacifica-hybrid-minivan-fire-recall/. (Last accessed: April 4, 2022).

[5] *The All-New 2017 Chrysler Pacifica - Cdn.dealereprocess.org*. https://cdn.dealereprocess.org/cdn/brochures/chrysler/2017-pacifica.pdf (Last accessed: April 4, 2022) [hereinafter **Exhibit C**].

driving range," and "less dependent on gas, helping you produce less emissions for a greener planet." (*Id.*)  Further, the 2018 Chrysler Pacifica marketing campaign targeted California specifically.  "Forty percent of all hybrids are sold in the State of California—it's also the biggest minivan market in the country—so it makes perfect sense that we say the Chrysler Pacifica Hybrid is the 'Official Family Vehicle for California,'" claimed Tim Kuniskis of FCA US, LLC's North America branch.[6] (Emphasis added).  The advertisements included broadcasting, print, radio, social media, and even billboards across the state.  The full 360-degree campaign included California's state bird, the valley quail, the state animal, the grizzly bear, the state reptile, the desert tortoise, and even the state's rock, the serpentine. [7]  Based on information and belief, these representations were disseminated by FCA US, LLC throughout California and the United States regarding the safety, and efficiency of the vehicle.

27.     Instead of performing as Defendant advertised, the Class Vehicles pose a significant safety risk to Class Vehicle owners and lessees, their families, other occupants in the vehicles, and surrounding property.

28.     This is not the first recall for the Pacifica Hybrid, nor the first for unexpected fires.  Defendant recalled 27,634 Chrysler Pacifica PHEVs in response to a similar fire-related problem in 2020.[8]  Owners were warned to park their vehicles

---

[6] "Chrysler Brand Launches California-Specific Multimedia Marketing Campaign for Chrysler Pacifica Plug-in Hybrid Minivan." *Chrysler Brand Launches California-Specific Multimedia Marketing Campaign for Chrysler Pacifica Plug-in Hybrid Minivan*, 26 June 2018, https://www.prnewswire.com/news-releases/chrysler-brand-launches-california-specific-multimedia-marketing-campaign-for-chrysler-pacifica-plug-in-hybrid-minivan-300534089.html. (Last accessed: April 4, 2022).

[7] *Ibid.* (Last accessed: April 4, 2022).

[8] Keith Barry, "Don't Plug in Pacifica Hybrids Due to Fire Risk, Chrysler Says." *Consumer Reports*, 15 Feb. 2022, https://www.consumerreports.org/car-recalls-defects/dont-plug-in-pacifica-hybrids-due-to-fire-risk-chrysler-says-a7408763338/#:~:text=After%2012%20reports%20of%20cars,a%20recall%20fix%20is%20available. (Last accessed: April 4, 2022).

1   outside back in 2020 ("2020 Recall"), due to a poor connection to the vehicle's 12-volt

2   battery that could cause a fire.[9]

3       29.    FCA US, LLC has been aware of the unexpected fires since at least 2020,

4   the date of its first fire-related recall of 27,634 Chrysler Pacifica PHEVs.[10]  Even after

5   the 2020 recall, fires are continuing to occur.

6       30.    FCA US, LLC began notifying dealers and owners on or about April 2,

7   2022.  (Exh. A, pg. 3).  There is no justifiable reason for this delay, particularly

8   because Defendant has done little more than warn its consumers to refrain from

9   charging them and parking them away from other structures and buildings.  This so-

10  called "fix" leaves consumers with a vehicle that is nearly useless and at risk of

11  immediate fire—resulting in harm to Class Vehicle owners and lessees.

12      31.    Defendant's knowledge of the unexpected fires, and its subsequent

13  inaction, has resulted in harm to Plaintiff and Class Members.

14  **IV.    CLASS ACTION ALLEGATIONS**

15      32.    Plaintiff brings this class action pursuant to FRCP 23(b)(3), on behalf of

16  herself and all others similarly situated, as a member of the proposed class (hereafter

17  "The Class"), as defined as follows:

18          All owners of Class Vehicles who purchased or leased their

19          vehicles in the United States.

20

21

---

22      [9] Lewin Day, "Chrysler Pacifica Hybrid Recalled for Fire Risk, so Don't Plug

23  Yours In." *The Drive*, 15 Feb. 2022, https://www.thedrive.com/news /44308/chrysler-
    pacifica-hybrid-recalled-for-fire-risk-so-dont-plug-yours-in#:~:text=Plug-

24  in%20hybrids%20have%20the%20benefit% 20over%20their%20regular,
    recall%20for%20unexpected%20fires%2C%20according%20to%20Consumer%20Re

25  ports. (Last accessed: April 4, 2022).

26      [10] Keith Barry, "Park Your Pacifica Hybrid Outside until Fire Risk Is Fixed,
    Chrysler Says." *Consumer Reports*, 12 June 2020,

27  https://www.consumerreports.org/car-recalls-defects/park-chrysler-pacifica-hybrid-

28  outside-until-fire-risk-is-fixed/. (Last accessed: April 4, 2022).

---

**CLASS ACTION COMPLAINT**                                                    9

Excluded from the above class is any entity in which Defendant has a controlling interest, and officers or directors of Defendant.

33.    Alternatively, Plaintiff proposes a California class, as defined as follows:

> All owners of Class Vehicles who purchased or leased their vehicles in California.

Excluded from the above class is any entity in which Defendant has a controlling interest, and officers or directors of Defendant.

34.    This action is brought as a class action and may properly be so maintained pursuant to the provisions of Federal Rules of Civil Procedure 23, to amend or modify the Class description with greater specificity or further division into subclasses or limitation to particular issues, based on the results of discovery.

35.    **Numerosity of the Class.**  The members of the Class are so numerous that their individual joinder is impracticable.  Plaintiff is informed and believes that there are at least 16,741 purchasers in the Class—reflecting the number of Class Vehicles Defendant recalled.  Inasmuch as the class members may be identified through business records regularly maintained by Defendant and its employees and agents, and through the media, the number and identities of class members can be ascertained.  Members of the Class can be notified of the pending action by e-mail, mail, and supplemental published notice, if necessary.

36.    **Existence and Predominance of Common Questions of Fact and Law.** There are questions of law and fact common to the Class.  These questions predominate over any questions affecting only individual Class Members.  These common legal and factual issues include, but are not limited to:

a.  Whether Defendant engaged in the conduct alleged herein;

b.  Whether Defendant had knowledge of the heightened fire risk in the Class Vehicles when they placed Class Vehicles into the stream of commerce in the United States;

---

**CLASS ACTION COMPLAINT**                                              10

c. Whether Defendant should have had knowledge of the heightened fire risk in the Class Vehicles when they placed Class Vehicles into the stream of commerce in the United States;

d. When Defendant became aware of the defect causing fires in Class Vehicles;

e. Whether Defendant knowingly failed to disclose the existence and cause of the defect in the Class Vehicles;

f. Whether Defendant knowingly concealed the defect in the Class Vehicles;

g. Whether Defendant's conduct as alleged herein violates consumer protection laws;

h. Whether Defendant's conduct as alleged herein violates warranty laws;

i. Whether Defendant's conduct as alleged herein violates the other laws as set forth in the causes of action;

j. Whether Plaintiff and Class Members have suffered an ascertainable loss as a result of the defect; and

k. Whether Plaintiff and Class Members are entitled to damages and equitable relief.

37. **Typicality.**  Plaintiff's claims are typical of the other Class Members' claims because all Class Members were comparably injured through Defendant's substantially uniform misconduct as described above.  The Plaintiff representing the Class is advancing the same claims and legal theories on behalf of herself and all other members of the Class that she represents, and there are no defenses that are unique to Plaintiff.  The claims of the Plaintiff and the Class Members arise from the same operative facts and are based on the same legal theories.

38. **Adequacy of Representation.**  Plaintiff is an adequate Class representative because her interests do not conflict with the interests of the other

members of the Class she seeks to represent; Plaintiff has retained counsel competent and experienced in complex class action litigation; and Plaintiff intends to prosecute this action vigorously.  The Class's interest will be fairly and adequately protected by Plaintiff and her counsel.

39.    **<u>Predominance and Superiority.</u>**  This suit may be maintained as a class action under Federal Rule of Civil Procedure 23(b)(3), because questions of law and fact common to the Class predominate over the questions affecting only individual members of the Class and a class action is superior to other available means for the fair and efficient adjudication of this dispute.  The damages suffered by individual class members are small compared to the burden and expense of individual prosecution of the complex and extensive litigation needed to address Defendant's conduct.  Further, it would be virtually impossible for the members of the Class to individually redress effectively the wrongs done to them.  In addition, individualized litigation increases the delay and expense to all parties and to the court system resulting from complex legal and factual issues of the case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  By contrast, the class action device presents a potential for managing difficulties; allows the hearing of claims which might otherwise go unaddressed because of the relative expense of bringing individual lawsuits; and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

40.    The Class Plaintiff contemplates the eventual issuance of notice to the proposed Class Members setting forth the subject and nature of the instant action.  Upon information and belief, Defendant's own business records and electronic media can be utilized for the contemplated notices.  To the extent that any further notices may be required, the Class Plaintiff would contemplate the use of additional media and/or mailings.

41.    This action is properly maintained as a Class Action pursuant to Rule 23(b) of the Federal Rules of Civil Procedure, in that: **<u>(a)</u>** Without class certification

---

**CLASS ACTION COMPLAINT**                                                                                    12

and determination of declaratory, injunctive, statutory and other legal questions within the class format, prosecution of separate actions by individual members of the Class will create the risk of:  (i)  inconsistent or varying adjudications with respect to individual members of the Class which would establish incompatible standards of conduct for the parties opposing the Class; or (ii) adjudication with respect to individual members of the Class which would as a practical matter be dispositive of the interests of the other members not parties to the adjudication or substantially impair or impede their ability to protect their interests; **(b)** The parties opposing the Class have acted or refused to act on grounds generally applicable to each member of the Class, thereby making appropriate final injunctive or corresponding declaratory relief with respect to the Class as a whole; or **(c)** Common questions of law and fact exist as to the members of the Class and predominate over any questions affecting only individual members, and a Class Action is superior to other available methods of the fair and efficient adjudication of the controversy, including consideration of: (i) the interests of the members of the Class in individually controlling the prosecution or defense of separate actions; (ii) the extent and nature of any litigation concerning controversy already commenced by or against members of the Class; (iii) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and (iv) the difficulties likely to be encountered in the management of a Class Action.

## V.      CLAIMS

### FIRST CLAIM:

[Violation of California Business & Professions Code Sections 17200, *et seq.* – Unfair Business Practices Act]

42.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

43.     California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq*.) is designed to protect consumers from unlawful, unfair or fraudulent business

acts or practices, including the use of any deception, fraud, misrepresentation, or the concealment, suppression or omission of any material fact.

44.     At times, places, and involving participants known exclusively to Defendant and third parties and concealed from Plaintiff, Defendant has engaged in unlawful, unfair, and fraudulent business practices in violation of the UCL as set forth above.  Defendant's business practices, set forth in this Complaint, are deceptive and violate Section 17200 because their practices are likely to deceive consumers in California.

45.     Defendant overstated the utility and safety of Class Vehicles by marketing the Class Vehicles as having over 100 safety and security features to keep consumers safe, and as the most family friendly minivan in its class, knowing that such representations were false.

46.     Defendant knew or should have known that false and misleading statements about Class Vehicles were being made and likely to mislead the public. Defendant made or disseminated false and misleading statements or caused false and misleading statements to be made or disseminated.

47.     The misrepresentations and omissions alleged herein are **fraudulent**, and thus amount to unfair competition as set forth by the Unfair Competition Law, in that Defendant pioneered a deceptive marketing campaign to overstate the safety and security features of the Class Vehicles.

48.     Defendant's conduct and the harm it caused, and continues to cause, is not reasonably avoidable by Plaintiff and Class Members.  Due to its deceptive acts and omissions, Defendant knew or had reason to know that Plaintiff and Class Members would not have reasonably known or discovered the risk of spontaneous combustion and inability to freely park their cars.

49.     The misrepresentations and omissions alleged herein are **unlawful**, and thus amount to unfair competition as set forth by the Unfair Competition Law, in that they violate, among other things, California Business and Professions Code § 17500,

and several other common law violations, including deceit, fraud, misrepresentation, and unjust enrichment.  These unlawful practices include, but are not limited to:

a.   Defendant misrepresented the source, sponsorship, approval, or certification of goods or services in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(2);

b.   Defendant represented that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(5);

c.   Defendant represented that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(7); and

d.   Defendant made or disseminated, directly or indirectly, untrue, false, or misleading statements about the utility and safety of Class Vehicles, or causing untrue, false, or misleading statements about the utility and safety of Class Vehicles to be made or disseminated to the general public in violation of the UCL.

50.     As set forth above, Defendant misrepresented the utility and safety of Class Vehicles.  Defendant disseminated these untrue and misleading misrepresentations with the intent to boost the sales and profits of Defendant.

51.     The misrepresentations and omissions alleged herein are **unfair**, and thus amount to unfair competition as set forth by the Unfair Competition Law, in that they are immoral, oppressive, unscrupulous and substantially injurious to consumers.  The injury to Plaintiff and Class Members caused by Defendant's actions greatly outweighs any countervailing benefits to consumers or competition under all of the circumstances.

52.     As a direct and proximate result of the foregoing acts and practices, Defendant has received, or will receive, income, profits, and other benefits, which it would not have received if it had not engaged in the violations of the UCL described in this Complaint.

53.     As a direct and proximate result of the foregoing acts and practices, Defendant has obtained an unfair advantage over similar businesses that have not engaged in such practices.

54.     As a direct and proximate cause of Defendant's violations of the Unfair Competition Law, Plaintiff suffered an injury and monetary harm because her Class Vehicle is at heightened risk of fire, and she cannot freely park her vehicle.

55.     Plaintiff and the Class Members, and each of them, have been damaged by said practices.  Pursuant to California Business and Professions Code §§ 17200 and 17203, Plaintiff, on behalf of herself and all others similarly situated, seeks relief as prayed for below.

56.     As a result of Defendant's violations of the Business & Professions Code section 17200, *et seq.,* Plaintiff and the Class are entitled to equitable relief in the form of full restitution.

57.     Plaintiff and the Class also seek an order enjoining Defendant from continuing its unlawful business practices and from such future conduct.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## <u>SECOND CLAIM:</u>
[Violation of California Business & Professions Code Sections 17500, *et seq.* – False Advertising Law]

58.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

59.     Business and Professions Code Section 17500, *et seq.*, also known as California False Advertising Law ("FAL"), makes it unlawful for a business to make, disseminate, or cause to be made or disseminated to the public "any statement, concerning . . . real or personal property . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

60.     As alleged above, at times, places, and involving participants known exclusively to Defendant, Defendant violated the FAL by making and disseminating false or misleading statements about the utility and safety of Class Vehicles, or by causing false or misleading statements about the utility and safety of Class Vehicles to be made or disseminated to the public.

61.     Defendant's marketing scheme, as set forth in this Complaint, is false and deceptive and violates Section 17500 because Defendant, in furtherance of the scheme, made misrepresentations and omissions regarding the safety and utility of Class Vehicles to deceive consumers.

62.     Defendant overstated the utility and safety of Class Vehicles by marketing the Class Vehicles as having over 100 safety and security features to keep consumers safe, and as the most family friendly minivan in its class, knowing that such representations were false.

63.     Defendant disseminated materially misleading advertisements and deceptive information in print, online, and television formats, and omitted material information, as discussed throughout the complaint, for purposes of inducing customers to purchase the Class Vehicles, in violation of California Business and Professions Code § 17500, *et seq*.

64.     At the time it made or disseminated its false and misleading statements or caused these statements to be made or disseminated, Defendant knew or should have known that the statements were false and misleading and therefore likely to deceive the public.  In addition, Defendant knew and should have known that its false and misleading advertising created a false or misleading impression of the risks and benefits of purchasing a Class Vehicle.

65.     As a result of Defendant's violations, Plaintiff and Class Members are entitled to equitable relief in the form of full restitution of all monies paid for the sales price of the Class Vehicles, diminished value of the Class Vehicles, and/or disgorgement of the profits derived from Defendant's false and misleading advertising.

**CLASS ACTION COMPLAINT**                                                                     17

66.     Plaintiff also seeks an order enjoining Defendant from such future conduct.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

### THIRD CLAIM:
[Violation of California Civil Code Sections 1750, *et seq.* – Consumers Legal Remedies Act]

67.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

68.     The following definitions come within the meaning of the Consumers Legal Remedies Act (Cal. Civ. Code § 1750, *et seq*.):

69.     The members of the Class, all of whom purchased the Class Vehicles manufactured and sold by FCA US, LLC are "consumers" (Cal. Civ. Code § 1761(d));

70.     Defendant FCA US, LLC is a "person" (Cal. Civ. Code § 1761(c));

71.     Plaintiff and each and every Class members' purchase of the Class Vehicle constitute a "transaction" (Cal. Civ. Code § 1761(e)); and

72.     The Class Vehicles are "goods" (Cal. Civ. Code § 1761(a)).

73.     Plaintiff and Class Members acquired, by purchase or lease, Class Vehicles for personal, family, or household purposes.

74.     Defendant overstated the utility and safety of Class Vehicles by marketing the Class Vehicles as having over 100 safety and security features to keep consumers safe, and as the most family friendly minivan in its class, knowing that such representations were false.

75.     A reasonable consumer would consider these representations material and important in deciding whether to buy or lease Class Vehicles.

76.     The acts and practices of Defendant as discussed throughout the Complaint, constitute "unfair or deceptive acts or practices" by Defendant, that are unlawful, as enumerated in section 1770(a) of the California Civil Code. These unlawful practices include, but are not limited to:

**CLASS ACTION COMPLAINT**                                                    18

a.   Defendant misrepresented the source, sponsorship, approval, or certification of goods or services in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(2);

b.   Defendant represented that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(5); and

c.   Defendant represented that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another in violation of the Consumers Legal Remedies Act, Civ. Code Section 1770(a)(7).

77.   Such misconduct materially affected the purchasing decisions of Plaintiff and the Class Members. Defendant's representations were a substantial factor in Plaintiff's decision to purchase a Class Vehicle.

78.   Plaintiff and Class Members were harmed because they were required to stop using Class Vehicles and fear immediate catastrophic injury to themselves and passengers of the Class Vehicles, and people and property surrounding the Class Vehicles.

79.   Plaintiff seeks restitution and injunctive relief pursuant to California Civil Code § 1780.  Unless Defendant is enjoined from engaging in such wrongful actions and conduct in the future, members of the consuming public will be further damaged by Defendant's conduct.

80.   Plaintiff and the Class Members are entitled to equitable relief on behalf of the members of the Class, pursuant to Civil Code section 1780, subdivision (a)(2)(5), prohibiting Defendant from continuing to engage in the above-described violations of the CLRA.  Plaintiff and the Class Members further seek reasonable attorneys' fees under Civil Code section 1780(e).  Plaintiff and the Class Members seek restitution under Civil Code section 1780(a).

81.   Pursuant to Cal. Civ. Code section 1782(a), on April 7, 2022 Plaintiff sent a letter to FCA US, LLC notifying them of their CLRA violations and affording them

the opportunity to correct their business practices and rectify the harm they caused. Plaintiff sent the CLRA notice via certified mail, return receipt requested, to FCA US, LLC's principal place of business.  This notice is attached to this Complaint as **Exhibit D**.  Should FCA US, LLC fail to correct its business practices or provide the relief requested within 30 days, Plaintiff will amend this Complaint to seek monetary damages under the CLRA.

82.     In accordance with Cal. Civ. Code section 1780(d), Plaintiff's CLRA venue declaration is attached to this Complaint as **Exhibit E**.

83.     The conduct of Defendant set forth herein was reprehensible and subjected Plaintiff to cruel and unjust hardship in conscious disregard of her rights, constituting oppression.  Defendant's behavior evidences a conscious disregard for the safety of Plaintiff and Class Members.  Defendant's conduct was and is despicable conduct and constitutes malice under Section 3294 of the California Civil Code.  An officer, director, or managing agent of Defendant personally committed, authorized, and/or ratified the reprehensible conduct set forth herein.  Plaintiff will amend this cause of action to seek an award of punitive damages sufficient to penalize Defendant should her CLRA letter not be complied with fully.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

### FOURTH CLAIM:
[Violation of 15 U.S.C. Section 2301, *et seq.* –
the Magnuson-Moss Warranty Act]

84.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

85.     Plaintiff and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

86.     Defendant is a "supplier" and a "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

87.     The Class Vehicles are a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

88.     The Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(d)(1) provides for a cause of action for any consumer who is damaged by the failures of a warrantor to comply with a written warranty.

89.     Pursuant to 15 U.S.C. § 2310(e), Plaintiff and the Class are not required to provide Defendant notice of this class action and an opportunity to cure until the time the Court determines the representative capacity of Plaintiff pursuant to FRCP 23.

90.     Defendant's representations as described herein that Class Vehicles sold to Plaintiff and Class Members have the safety and security of the minivan are written warranties within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(6).

91.     Through written and implied warranties, Defendant warranted that the Class Vehicles are free from defects, of merchantable quality, and fit for their ordinary and represented use.

92.     Defendant breached the warranties as described herein.  Contrary to Defendant's representations, Plaintiff and other Class Members are faced with the choice of risking potential car fires, or refraining from recharging their vehicles and parking them away from structures and other vehicles.  As such, the Class Vehicles do not perform as promised and are unfit and unreasonably dangerous for ordinary use.

93.     Defendant knew or should have known of the defect and potential fire risk in the Class Vehicles.

94.     Defendant knew or should have known that its representations regarding the capabilities of the Class Vehicles were false, yet proceeded with a multi-year advertising campaign through which Defendant promised consumers that the Class Vehicles were family friendly, secure, and safe.

95.     Plaintiff and Class Members were damaged as a result of Defendant's breach of warranty because they received a product incapable of performing as

---

**CLASS ACTION COMPLAINT**                                                                 21

Defendant represented without extreme risks to Plaintiff's and Class Members' safety, rendering the Class Vehicles less valuable than represented.

96.     Plaintiff and the Class are entitled to damages caused by Defendant's breaches of the warranties, including economic damages based upon either a return of Plaintiff and Class Members' purchase price; and/or the difference between the price paid for the Class Vehicle as warranted and the actual value of the Class Vehicle as delivered, and consequential damages.

97.     In addition, Plaintiff and the Class are entitled to reasonable attorneys' fees and costs as determined by the Court.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## FIFTH CLAIM:
[Breach of Express Written Warranty –
California Civil Code Sections 1791.2(a) & 1794]

98.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

99.     Defendant warranted to Plaintiff and Class Members through written statements and multi-media advertisements that the Class Vehicles would work safely and securely, and could be charged safely.

100.    The Class Vehicles that Plaintiff and Class Members purchased from Defendant did not perform safely and securely, nor can they be charged safely.

101.    Defendant breached this warranty by knowingly selling vehicles equipped with defective product causing spontaneous combustion and fires.

102.    Defendant failed to repair the Class Vehicles as required by the warranty.

103.    The failure of the Class Vehicles to be as represented was a substantial factor in causing Plaintiff and Class Members harm because they were required to stop using Class Vehicles and fear immediate catastrophic injury to themselves and passengers of the Class Vehicles, and people and property surrounding the Class Vehicles.

104.   Plaintiff and the California Class have been damaged as a direct and proximate result of Defendant's breaches in that the Class Vehicles purchased by Plaintiff and the Class Members were and are worth far less than what Plaintiff and the Class Members paid to purchase or lease them.

105.   The Class Vehicles were defective as herein alleged at the time they left Defendant's factories, and the vehicles reached Plaintiff and Class Members without substantial change in the condition in which they were sold.

106.   As a direct and proximate result of these breaches, Plaintiff and the Class Members have suffered various injuries, including a diminution of value in the Class Vehicles.

107.   Plaintiff and Class Members have been harmed by Defendant's failure to comply with its obligations under the implied warranty.  Plaintiff and the Class Members have suffered an injury in fact and have suffered an economic loss by, *inter alia*, (a) purchasing a product they never would have leased or purchased; (b) leasing or purchasing an inferior product whose nature and characteristics render it of a lesser value than represented; (c) incurring costs for diminished resale value of the Class Vehicles purchased or leased; (d) leasing and/or purchasing a product that poses a danger to the health and safety of the public; (e) incurring increased costs to repair the Class Vehicles purchased, and (f) incurring costs for loss of use.  Accordingly, the Court must issue an injunction restraining and enjoining Defendant from sending or transmitting false and misleading advertising to individuals or entities concerning the purported safety and quality of the Class Vehicles from Defendant.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## SIXTH CLAIM:
[Breach of Implied Warranty of Merchantability –
California Civil Code Sections 1791.1; 1794; & 1795.5]

108.   Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

109.   Pursuant to Civil Code section 1792, the sale or lease of the Class Vehicles were accompanied by Defendant's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one year.

110.   Pursuant to Civil Code section 1791.1(a), the implied warranty of merchantability means and includes that the Class Vehicles will comply with each of the following requirements: (a) The Vehicle will pass without objection in the trade under the contract description; (b) The Vehicle is fit for the ordinary purposes for which such goods are used; (c) The Vehicle is adequately contained, packaged, and labelled; and (d) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

111.   Plaintiff and Class Members bought or leased their Class Vehicles from Defendant.

112.   At the time of purchase or lease, Defendant was in the business of selling or leasing Class Vehicles and held itself out as having special knowledge or skill regarding Class Vehicles.

113.   At the time of purchase, or within one-year thereafter, the Class Vehicles contained or developed the defect and risk of spontaneous combustion of Class Vehicles set forth above.  The existence of each of these issues constitutes a breach of the implied warranty because the Class Vehicles (a) do not pass without objection in the trade under the contract description, (b) are not fit for the ordinary purposes for which such goods are used, (c) are not adequately contained, packaged, and labelled, and (d) do not conform to the promises or affirmations of fact made on the container or label.

114.   The failure of Class Vehicles to have the expected quality was a substantial factor in causing Plaintiff and Class Members harm and they therefore bring this Cause of Action pursuant to Civil Code section 1794.

115.   Plaintiff and Class Members have been harmed by Defendant's failure to comply with its obligations under the implied warranty.  Plaintiff and the Class Members have suffered an injury in fact and have suffered an economic loss by, *inter alia*, (a) purchasing a product they never would have leased or purchased; (b) leasing or purchasing an inferior product whose nature and characteristics render it of a lesser value than represented; (c) incurring costs for diminished resale value of the Class Vehicles purchased or leased; (d) leasing and/or purchasing a product that poses a danger to the health and safety of the public; (e) incurring increased costs to repair the Class Vehicles purchased, and (f) incurring costs for loss of use.  Accordingly, the Court must issue an injunction restraining and enjoining Defendant from sending or transmitting false and misleading advertising to individuals or entities concerning the purported safety and quality of the Class Vehicles from Defendant.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## SEVENTH CLAIM:
### [Fraud and Deceit]

116.   Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

117.   Based on Defendant's conduct as discussed above, Defendant has engaged in fraud and deceit as set forth in California Civil Code §§ 1710 and 3294.

118.   Defendant overstated the utility and safety of Class Vehicles by marketing the Class Vehicles as having over 100 safety and security features to keep consumers safe, and as the most family friendly minivan in its class, knowing that such representations were false.

119.   The misrepresentations, nondisclosure, and/or concealment of material facts made by Defendant to Plaintiff and the members of the Class, as set forth above, were known, through reasonable care should have been known, or were made

recklessly without disregard for its truth, by Defendant to be false and material and were intended by Defendant to mislead Plaintiff and the Class Members.

120. Plaintiff and the Class Members reasonably relied on Defendant's misrepresentations, but were actually misled and deceived, and were induced by Defendant to purchase the Class Vehicles which they could not otherwise have purchased.

121. As a result of the conduct of Defendant, Plaintiff and the Class members have been harmed. Plaintiff and Class Members' reliance was a substantial factor in causing them harm because they were required to stop using Class Vehicles and fear immediate catastrophic injury to themselves and passengers of the Class Vehicles, and people and property surrounding the Class Vehicle.

122. Plaintiff and the Class Members have reasonably relied on the material misrepresentations and omissions made by Defendant and have been damaged thereby.

123. As a direct and proximate result of Defendant's fraud, Plaintiff has sustained damages in the amount to be determined at trial.

124. In addition to such damages, Plaintiff seeks punitive or exemplary damages pursuant to California Civil Code § 3294 in that Defendant engaged in "an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury."

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## EIGHTH CLAIM:
[Negligent Misrepresentation]

125. Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

126.    Defendant overstated the utility and safety of Class Vehicles by marketing the Class Vehicles as having over 100 safety and security features to keep consumers safe, and as the most family friendly minivan in its class.

127.    Defendant's representations were not true because the Class Vehicles are unsafe and unsuitable for any family.  Plaintiff and the Class Members cannot safely park their Class Vehicles at home or near buildings, nor can they plug them in due to a heightened risk of fire.

128.    Defendant had no reasonable grounds for believing the representations were true when it made them.

129.    The misrepresentations, nondisclosure, and/or concealment of material facts made by Defendant to Plaintiff and the members of the Class, as set forth above, were intended by Defendant to mislead Plaintiff and the Class Members.

130.    Plaintiff and the Class Members reasonably relied on Defendant's misrepresentations, but were actually misled and deceived, and were induced by Defendant to purchase the Class Vehicles which they could not otherwise have purchased.

131.    Plaintiff and Class Members' reliance was a substantial factor in causing them harm because they were required to stop using Class Vehicles and fear immediate catastrophic injury to themselves and passengers of the Class Vehicles, and people and property surrounding the Class Vehicles.

132.    Plaintiff and the Class members justifiably relied on Defendant's misrepresentations and have been damaged thereby.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## NINTH CLAIM:
[Unjust Enrichment]

133.    Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

**CLASS ACTION COMPLAINT**                                                              27

134.   Plaintiff and Class Members paid Defendant the value of non-defective, fully operational Class Vehicles with no risk of fires and no defects.  In exchange, Defendant provided Plaintiff and Class Members with defective vehicles that are not fully operational and cannot be operated due to a heightened risk of fire.

135.   Further, Defendant provided Plaintiff and Class Members with Class Vehicles that are in need of further repair or recall, contrary to its advertisements assuring that consumers' safety and security is what matters most.  Plaintiff provided Defendant with the value of vehicles with no defects.

136.   Defendant knew or had reason to know that the defective vehicles are not fully operational and cannot be operated due to a heightened risk of fire.

137.   As such, Plaintiff and Class Members conferred value upon Defendant which would be unjust for Defendant to retain.

138.   As a direct and proximate result of Defendant's unjust enrichment, Plaintiff and Class Members have suffered and continue to suffer various injuries.  As such, they are entitled to damages in the amount of Plaintiff's monetary loss, and restitution of all amounts by which Defendant was enriched through its misconduct.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## TENTH CLAIM:
### [Negligence]

139.   Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint as though fully alleged in this Cause of Action.

140.   Defendant had a duty to its consumers to exercise a degree of care that a reasonable person in the like position would exercise.  Defendant failed to do so. Among other things Defendant had a duty to follow industry custom and standards imposed by federal regulations, to assess the foreseeability and likelihood of an injury, and to assess the seriousness and frequency of the injuries threatened by the Class Vehicles.

141.   Defendant breached its duty to Plaintiff and the Class Members.  Among other things, and without limiting the generality of the foregoing, Defendant failed to (a) inspect its Class Vehicles adequately, (b) design Class Vehicles properly, and (c) test its Class Vehicles adequately.

142.   Defendant's negligence was a substantial factor in causing Plaintiff and Class Members to suffer economic, and potentially fatal harm as well as other damages to be proven at the time of the trial.

143.   Plaintiff and Class Members were harmed because they were in fear and at risk of immediate catastrophic injury to themselves and passengers of the Class Vehicles, and people and property surrounding the Class Vehicles.

144.    As a direct and legal result of the wrongful acts and omissions of Defendant, Plaintiff and Class Members were harmed.

WHEREFORE, Plaintiff and the Class pray for relief as set forth below.

## VI.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Robyn Reilman, on behalf of herself and the members of the Class, demands judgment against and general and special relief from Defendant as follows:

1.    An order certifying that the action may be maintained as a Class Action as defined herein and appointing Plaintiff and her counsel of record to represent the Class as defined above;

2.    Determination that FCA US, LLC is financially responsible for all Class notice and administration of Class relief;

3.    An order enjoining Defendant from future violations of the CLRA, Business & Professions Code section 17200, *et seq.*, and Business & Professions Code section 17500, *et seq.*, as alleged herein;

4.    An order awarding Plaintiff and the Class Members actual, general and special, incidental, compensatory, consequential damages, and restitution and/or disgorgement;

5. An order awarding Plaintiff and the Class Members punitive damages;

6. For prejudgment and post-judgment interest upon such judgment at the maximum rate provided by law;

7. Reasonable attorneys' fees and costs; and

8. Such other and further relief that this Court may deem proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

Dated: April 13, 2022

Respectfully submitted,

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Nicholaus H. Woltering (SBN 337193)

*s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002
E-mail:      fbottini@bottinilaw.com
               nwoltering@bottinilaw.com

*Attorneys for Plaintiff*

# EXHIBIT A

EXHIBIT A

# Part 573 Safety Recall Report      22V-077

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | FEB 11, 2022 |
| **NHTSA Recall No. :** | 22V-077 |
| **Manufacturer Recall No. :** | Z11 |



## Manufacturer Information :

Manufacturer Name : Chrysler (FCA US, LLC)

Address : 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI
48326-2757

Company phone : 1-800-853-1403

## Population :

Number of potentially involved : 16,741
Estimated percentage with defect : 100 %

## Vehicle Information :

Vehicle 1 : 2017-2018 Chrysler Pacifica
Vehicle Type :
Body Style : VAN
Power Train : NR

Descriptive Information : Some 2017-2018 MY Chrysler Pacifica Plug-In Hybrid Electric Vehicles ("PHEVs") have experienced fires. The defect has not yet been identified and the root cause of these fires is still being investigated.

The potentially affected vehicle production period began on August 12, 2016, when production of Chrysler Pacifica PHEVs began, and ended on August 7, 2018, when 2018 MY production ended. The suspect population was determined using vehicle manufacturing records.

Similar vehicles not included in this recall are not PHEVs, or were built after the suspect vehicle production period.

Production Dates : AUG 12, 2016 - AUG 07, 2018
VIN Range 1 : Begin :     NR     End :   NR     ☐ Not sequential

## Description of Defect :

Description of the Defect : A vehicle may experience a fire, even with the ignition in the "OFF" mode.

FMVSS 1 : NR

FMVSS 2 : NR

Description of the Safety Risk : A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.

Description of the Cause : NR

# Part 573 Safety Recall Report            22V-077

Identification of Any Warning that can Occur :   None

## Involved Components :

Component Name  1 :  NR

Component Description :  NR

Component Part Number :  NR

## Supplier Identification :

### Component Manufacturer

Name :  NR

Address :  NR

NR

Country :  NR

## Chronology :

• On August 31, 2021, the FCA US LLC ("FCA US") Technical Safety and Regulatory Compliance organization opened an investigation as a result of detecting a potential trend in fires in certain Chrysler Pacifica PHEVs.

• From September 2021, to January 2022, FCA US repurchased two vehicles for origin and cause investigation. The cause of these fires is under investigation.

• As of February 4, 2022, FCA US is aware of ten additional fires. The cause of these fires is under investigation.

• As of February 4, 2022, FCA US has identified five customer records, zero warranty claims, and 12 field reports potentially relating to this issue for all markets with dates of receipt ranging from April 23, 2019, to December 14, 2021.

• As of February 4, 2022, FCA US is not aware of any accidents or injuries potentially relating to this issue for all markets.

• On February 6, 2022, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

# Part 573 Safety Recall Report     **22V-077**

---

**Description of Remedy :**

Description of Remedy Program :   FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy is under development. Until further notice, the Company is advising owners of these hybrid vehicles to refrain from recharging them, and to park them away from structures and other vehicles.

FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense.

How Remedy Component Differs from Recalled Component :   Remedy is under development. Root cause is unknown.

Identify How/When Recall Condition was Corrected in Production :   NR

---

**Recall Schedule :**

Description of Recall Schedule :   **02/11/2022: FCA US will notify dealers and begin notifying owners on or about 04/02/2022.

Planned Dealer Notification Date :   APR 02, 2022 - APR 02, 2022

Planned Owner Notification Date :   APR 02, 2022 - APR 02, 2022

* NR - Not Reported

# EXHIBIT B

# EXHIBIT B



2018 Chrysler Pacifica
Smart innovation dedicated
to uncompromised versatility.





**No-compromise minivan.**

Long and winding roads reveal panoramic views within the purposefully planned, kid-friendly road-trip vehicle. Your travels will inspire while ensuring the well-being of all your beings with over 100 standard and available safety and security features. The available seating for eight offers plenty of elbow room, as well as your turn to relax, needing only to focus on the road ahead. The ergonomic advantages of Pacifica make it easy to count on a peaceful trip.






Chrysler Pacifica and Pacifica Hybrid









### Here's to creating balance in a busy world.



Design 4



## A bright spot in the drop-off line.

The Uconnect family with the available in-dash navigation voice commands and Bluetooth streaming audio help expand your view while the side window panel adds a LED lighting read-panel on the side as a head.

## Pacifica S Appearance Packages
## for a tougher touch of bold styling

The new S Appearance Packages for Pacifica features that speak to your bolder side, such as unique 18- or 20-inch Black Noise wheels, Black S-Nero "Piano" roof rails, Black Chrysler grille wing badge set S "S" badge, Black and dark opening DLO headlamp and Black grille surrounds. Bringing it all together, both are leather-wrapped steering wheel sets the tone along with distinctively sporty S Appearance Package seats.

## Strong and efficient for on-the-go drivers.

The Pacifica includes a powerful yet economic powertrain with the standard 3.6L Pentastar® Variable Valve Timing (VVT) V6 engine excel-front models delivering an impressive 287 horsepower and 262 lb-ft of torque. That powering mechanics of a standard 9-speed automatic transmission are a primary root of the driving dynamics and fuel efficiency of up to 19 city / 28 highway mpg.

## Ride and handling.

The structure and independent rear suspension improve ride and handling, with the front suspension cradle configured for strength, stiffness and minimized driving dynamics. The best-selling minivan's fuel efficiency, while stiffer- abod design help reduce noise, vibrations and harshness (NVH) factors.



**19 city / 28 highway mpg**

**Pacifica is powered to deliver robust SUV-like handling**





Efficiency 6

DEP DEALER ePROCESS



Real life rarely stays within the lines.

### What's easy for them makes your life easier.

With the available Uconnect® second-row Easy Tilt seating, passengers can easily climb in and out of the third row. At the available push of a lever, the second-row seat smoothly shifts forward without having to push or pull it even with an unoccupied child seat in place.

### A platform for smooth utility.

Tuned and calibrated on small roads, thoroughfares, highways and at velodromes before the Pacifica was equipped to deliver the ride, feel and comfort of a premium vehicle. The passion-tuned handling allows for more agile cornering, sharper steering, precise, responsive steering and best-in-class towing capacity.



### Class-exclusive Stow 'n Go® seating and storage system saves workouts for the gym.

Designed by our park and haul teams to ensure† the seats, the Stow 'n Go system is the key to create transitions. With the available Auto Advance 'n Return feature, coming gear to the seat in the second-row lane is as simple as pressing a button to slide the rearmost forward allowing easy access to in-between spots.





8   Functionality





Look, no crumbs.

**Intuitive spaces.**

Clever storage spaces come in handy throughout the interior, including cup holders, map pockets, sliding drawers for tablets and more. The front row offers generous big-screen value, with a spot to place purses or larger items. The available center console and innermost raised flags allow you to easily track items you don't want left out in the open, keeping your space organized and tidy.

**Easy cleanup with the available Stow 'n Vac vacuum.**

The convenience of an available lightweight, built-in vacuum makes cleanup simple. The powerful integrated vacuum by RIDGID® is stored near the second row of the driver's side for easy access. Stow 'n Vac includes a removable debris drawer for easy disposal, and a long-reach hose attachment allows an extended reach to every corner, nook and cranny of your Pacifica.






**Armloads are a given — hands-free entry is a gift.**

Whether you're carrying shopping bags, a diaper bag or several little ones loaded in a child seat, getting settled has never been smoother. With the available Hands-Free Sliding Doors and KeySense Entry, a simple kick beneath the vehicle while the key fob is with or near you.



Functionality

Generation us

The far-reaching conveniences of Pacifica are never out of reach.

10





All precious cargo could use some divided attention.









**Utility at the top of its game.**

The family room-on-wheels offers 243 different seating options with the available seating for eight. With seats stowed to the floor, an expansive flat cargo area will hold a large stack of 4'x 8' sheets of construction material. When seats are upright, in-floor bins provide storage organization.

**Available seating for eight makes room to grow.**

The available seating for eight column is usually removable center seat in the second row, adding an armrest cup holder and bin when the seatback is folded down. The eighth seat increases the capacity of LATCH-installed child seats to five.

*Versatility 12*

### Android Auto™

Automatically provides a safer way to use your device while driving, using information you may easily access the best apps: Google Maps, music, navigation, and Google Play. It also phone calls in and out and even enables you to ask Google Search any question by voice.

### Apple CarPlay™

A smarter, safer way to use an iPhone® in your vehicle and standard integrated. Apple CarPlay takes the things you want to do with your iPhone while driving and puts them on the vehicle's touchscreen and Siri® voice control. You can make calls, access music, send and receive messages and get directions optimized for traffic conditions — all while staying focused on the road.







### Uconnect® touchscreen with available 4G Wi-Fi

### SiriusXM Guardian®

### SiriusXM All Access® Package

The technologically advanced family hub







### Personalize the information you see



**Front and center performance with a backstage pass.**



**Available 4G Wi-Fi is the Pacifica's traveling hot spot.**

**Uconnect Theater**

**Active Noise Cancellation (ANC)**

The most advanced entertainment system in its class



The best road-trip minivan in its class



### A sweet spot for handling stress.



### The staycation that travels.

### Built-in tranquillity.



DEALER ePROCESS





Eco-friendly living has evolved through nurture and nature; and driving farther while reducing your carbon footprint makes sense to the environmentally conscious, cost-efficient family. Pacifica Hybrid offers an astounding 84 MPGe™ without compromising the space and seating you need. With the automatic-transfer power of a 3.6L V6 gas engine and 16kWh battery, taking the scenic route is always the favored option.



The mother of invention meets mother nature.



America's first-ever Hybrid minivan¹¹

Pacifica Hybrid 20

## Instinctively evolved design.

The distinctive Pacifica Hybrid exterior includes LED signature daytime running lamps that sweep up a chrome-accented grille. Subtle Pacifica Hybrid badging and unique wheels complete its eco-friendly look.

## Upgrade your garage with a Level II charger.

You have more important things to do than wait for your minivan to charge. Could charging more quickly charge your Pacifica Hybrid in as little as two hours. Simply order the charger through your dealer and schedule an appointment for installation. It's that easy.

566-mile total driving range with 33-mile electric driving range[1]





## A mission for reducing emissions.

Living an environmentally conscious lifestyle becomes second nature when you drive the Pacifica Hybrid. With a 33-mile electric driving range,[1] the Hybrid is less dependent on gas, helping you to produce fewer emissions for a greener planet.

## Electric + gas = powerful efficiency.

The Pacifica Hybrid offers the best of both worlds. Powered by an electric motor and gas engine, it automatically switches between electric power and gasoline power to get the efficiency you are looking for with a surprisingly extensive 566-mile total driving range.[1]





Pacifica Hybrid 22

**Ready-to-guide-you coaching tool.**
If you're up for a new challenge, you can try to optimize your fuel economy, the Uconnect Hybrid Pages give you real-time feedback to tell you when you're in a driving mode most cost-efficient. When you push performance beyond eco-friendly range, the Hybrid Pages will alert you.

**Uconnect® Hybrid Pages.**
It's never been easier to go green and drive smart. The Uconnect 4C with 8.4-inch Hybrid Pages lets you see your vehicle's performance from both hybrid and electric, letting you put the schedule in turn during fair maximum charging hours, view your power flow and know where to keep you going.

**Remote access.**
Stay connected with your Pacifica Hybrid from anywhere. View a driving history, see your vehicle's charging progress, set a charging station and monitor all the conveniences of your phone with Uconnect Access App.






**16kWh battery with the 3.6L Pentastar® V6 eHybrid engine.**
The heart of the Pacifica Hybrid is the 16kWh lithium-ion battery, delivering up to 33 miles and 84 MPGe[*] all-electric range, or zero-emission electric power. It works seamlessly with a specially adapted version of the 3.6-liter V6 gasoline engine to deliver optimal efficiency. Additionally, every time you brake while driving, the Hybrid's regenerative braking system turns the motion into a generator, charging the battery to help extend the electric range.

Strong enough to power the vehicle for up to 33 miles[*] on a single charge, the lithium-ion battery of the Pacifica Hybrid can be charged in as little as two hours with an available 240-volt Level II charger.[*] The battery has a 10-year/100,000-mile Limited Warranty[*] or a 10-year/150,000-Mile Limited Warranty[*], depending on where the vehicle is purchased.




America's first-ever Hybrid minivan with 84 MPGe[20]

Pacifica Hybrid 24




**Day-tripping on a single charge.**

One day, one charge — all the stops













Pacifica Hybrid 26



**Uncompromised versatility.**

Without compromising space for efficiency, the Pacifica Hybrid delivers seating for seven, a fold-in-floor third-row seat and all the flat cargo space of the standard Pacifica minivan. This uncompromised utility also comes complete with the versatility to remove the second-row seats, allowing you to change to up to 81 configurations as needed.





**In harmony with its surroundings.**

The symphony of interior lines, illumination and shape complement interior design cues to form the Hybrid signature style. The vivid, dual-zone, backlit keypad and interior accents create colored palette reflecting its environmental purpose from the inside out. The convenient two-port charging indicator positioned on top of the dash is visible at a glance, as well as from outside the vehicle to easily identify the battery's charge level from a distance.

**Ready to drive.**

Monitoring your Pacifica Hybrid energy output and input is a simple, rich, instantly known that is ready to drive. The Pacifica Hybrid includes the standard Uconnect® 4C 8.4 touchscreen screen with available navigation and Integrated Voice Command. In addition, the Hybrid Electric Page provides helpful vehicle information screens for Power Flow, Driving History and Charge Scheduling.





Pacifica Hybrid 28

The most technologically advanced 7-passenger Hybrid











## Available Advanced SafetyTec™ Group

**360° Surround-View Camera™ [C]**
Whether parking, changing lanes, or simply backing out of the driveway, the available 360° surround-view camera — with front and rear-facing cameras — provides a bird's-eye view of your vehicle surrounding in the Uconnect® touchscreen.

**Full-Speed Forward Collision Warning with Active Braking™ [D]**
This available system uses radar and a camera to provide a warning—audible and video sensors detect if the vehicle is approaching another vehicle or object obstacle in its path too rapidly, warning and assisting the driver.

**Adaptive Cruise Control (ACC) with Stop™ [E]**
This available system assists to maintain a set distance from vehicles in your forward path. This system resists braking to manage speeds down to a complete stop to a selectable distance setting.

**LaneSense™ Lane Departure Warning with Lane Keep Assist™ [F]**
With a forward-mounted camera, this available system identifies lane lines to determine your vehicle's position. If you drift over the edge of the lane lines without using a turn signal, a warning is displayed in the cluster and helps the vehicle to correct the position if the driver does not correct the drift.

**ParkSense™ Front Park Assist**
The available system uses sensors in the front fascia when driving at low speeds to detect objects. It will alert you with a chime and a visual warning in the cluster display if you are too close to another vehicle or object.

**Parallel and Perpendicular Park Assist™**
When activated by the driver, this available system helps to maneuver the vehicle into a perpendicular or parallel parking space by automatically controlling the steering wheel as the driver controls the gears, brake and acceleration.

## SafetyTec™ Group
**Standard on every Pacifica.**

**Blind Spot Monitoring™ [A] — See where you can't.**
This available system continuously monitors the blind zones in rear of your vehicle on each side, and if a vehicle is sensed in the areas, will notify you via a subtle sample symbol in the outside mirror.

**Available Rear Cross-Path Detection™** monitors for vehicles/objects in perpendicular reference to the vehicle while backing out, such as in parking lots, and provides feedback to you by a subtle chime or visual cues.

**ParkSense™ Rear Park Assist with Stop™ [B]** Parking close to other vehicles or objects is made easier with sensors positioned on the rear bumper. ParkSense Rear Park Assist with Active Braking can automatically apply the brakes to prevent a potential collision or contact while slowly backing past an illuminated parking obstacle. The system alerts you with a chime if you're getting too close to another vehicle or object, such as a building. Data can be presented as a visual indicator, as well as provides a visual reference in the Driver Information Display for further convenience.





### Structural integrity

The upper body and frame of the Pacifica unibody structure are engineered as a single unit, bringing a superior foundation for achieving premium ride and handling. The architecture seems to especially build strength, advanced front and door applications, optimized proportion and dynamic stability. His the use of an advanced grade of high-strength steel. The door design also increases visibility around the front tensions and pillars while avoiding absorbing barrier through the body and engine area reduces overall cabin noise, contributing to less driver distraction.

The Pacifica can approximately 65% high-strength steel for maximizing stiffness and strength — for vehicle dynamics and crash performance — while optimizing weight efficiency. That means you'll always feel well-protected inside.



Your family's safety and security are what matter most



Select standard equipment on LX.





**PACIFICA L**

Select standard equipment on L.

*powertrain*
3.6L Pentastar® Variable Valve Timing (VVT) V6
9-speed Automatic Transmission

6 Speakers
60/40 Tri-Fold with Stow 'n Go®
Passenger Seating
Active Noise Cancellation (ANC)
Capless Fuel Fill
Cruise Control
Deluxe 2nd-row Bench Seat
Driver and Front-passenger
Air Conditioning
Keyless Enter 'n Go™
ParkView® Rear Back-Up Camera™
Power Front Windows with Driver's
Side One-touch and Power
2nd-row Windows
Power Locks
Remote Keyless Entry
Sunscreen Glass

Tilt/Telescoping Steering Wheel
Uconnect® 4 with 7-inch Display
Apple CarPlay™
Android Auto™

**SafetyTec® Group**
Blind Spot Monitoring[1]
Rear Cross-Path Detection[1]
ParkSense® Rear Park Assist with Stop[1]

**PACIFICA LX**

Select standard equipment over L.

*powertrain*
3.6L Pentastar VVT V6 with Engine Stop/Start
(ESS) 9-speed Automatic Transmission

Active Grille Shutters
Auto Advance-n-Return (for driver side)
Stow 'n Go Seating (2nd and 3rd row)
Three-zone Manual Climate Control

**PACIFICA TOURING PLUS**

Select standard equipment over LX.

*powertrain*
3.6L Pentastar VVT V6 with ESS 9-speed
Automatic Transmission

2nd-row Window Shades
Additional ChargeOnly Port on USB Port
Automatic Headlamps
Bright Door Handles
Interior Door Handle/LED Lamps
LED Taillamps
Power Liftgate
Power Sliding Doors
Premium Fog Lamps
Rear Reading Courtesy Lamps
Remote Proximity Entry on All Doors
Three-zone Automatic Climate Control
Uconnect 4 with 7-inch Display with SiriusXM®
Satellite Radio[1]
Universal Garage Door Opener[1]
Remote Start System
Security Alarm

---

**Authentic Chrysler Accessories**

The 2018 Chrysler Pacifica embodies family safety and convenience style. A wide range of Authentic Mopar Accessories, crafted specifically for the versatile ingenuity of this modern Pacifica lets you take your family to new heights and further. From Stow-and-Cargo Carriers to Premium Protection Parts, Mopar helps the crew and all in gear, get the distance. Visit your local Chrysler dealership to experience the full line of Authentic Accessories for the amazing Chrysler Pacifica.

Vehicle shown with available Removable Roof Rack R/C Build-In and Cross-bar and Paddle Boat Carrier.

mopar.com



**PACIFICA • TOURING L**

Select standard equipment over Touring Plus:

powertrain
3.6L Pentastar® Variable Valve Timing (VVT) V6 with Engine Stop/Start (ESS) 9-speed Automatic Transmission

2nd- and 3rd-Row Window Shades
Bright Bodyside Moldings
Ground Bag Hoist-on Texture Seatbacks
Leatherwrapped Perforated Seating
Stow 'n Place® Bright Side Roof Rails with Integrated Crossbars
Heated front row seats

**PACIFICA • TOURING L PLUS**

Select standard equipment over Touring L:

powertrain
3.6L Pentastar® VVT V6 with ESS 9-speed Automatic Transmission

7-inch Driver Information Display (DID)
13 Alpine® Speakers
Acoustic Windshield
Auto-dimming Rearview Mirror
Heated 2nd-row Seats
Heated Steering Wheel
Super Console
Uconnect® 4C NAV with 8.4-inch Display
Uconnect Theater with Wireless Streaming

**PACIFICA • LIMITED**

Select standard equipment over Touring L Plus:

powertrain
3.6L Pentastar VVT V6 with ESS 9-speed Automatic Transmission

2nd-row USB Charge Ports
Auto-dimming Exterior Driver-side Mirror
Chrome Exterior Mirrors
Hands-free Sliding Doors and Liftgate
High Intensity Discharge (HID) Headlamps
LED Fog Lamps
Power Folding 3rd-row Seat
Premium Leather-trimmed Seats
Stow 'n Vac
TriZone Panoramic Sunroof
Ventilated Front Seats with Memory

**PACIFICA HYBRID • TOURING PLUS**

Select standard equipment for Hybrid Touring Plus:

powertrain
3.6L Atkinson-Cycle V6 Hybrid Engine with Electrically Variable Transmission (EVT)
16kWh Battery

6 Speakers
60/40 Tilt-row with Stow 'n Go®
5-inch Driver Information Display
7-passenger Seating
Active Grille Shutters
Active Noise Cancellation (ANC)
Battery Charge Indicator
Capless Fuel Fill
Cruise Control

**PACIFICA HYBRID • TOURING PLUS**

Select standard equipment for Hybrid Touring Plus:

powertrain
3.6L Atkinson-Cycle V6 Hybrid Engine with EVT
16kWh Battery

Power Sliding Doors
Power Liftgate
Remote Keyless Entry
Sunscreen Glass
Three-zone Automatic Climate Control
Tilt/Telescoping Steering Wheel
Uconnect 4C with 8.4-inch Display
Apple CarPlay™[16]
Android Auto™[16]

**Safety/Tec™ Group**
Blind Spot Monitoring[20]
Rear Cross-Path Detection[20]
ParkSense® Rear Park Assist with Stop[20]

Easy Entry Bike 2-column Seating
Hybrid Plug-in Charging Port with 120-volt Cord
Gabriel Tyner 'n Go™
ParkView® Rear Back-Up Camera[16]
Power Locks

**PACIFICA HYBRID • TOURING L**

Select standard equipment over Hybrid Touring L:

powertrain
3.6L Atkinson-Cycle V6 Hybrid Engine with EVT
16kWh Battery

2nd- and 3rd-row Window Shades
Blind Spot Monitoring[20]
Rear Cross-Path Detection[20]
Bright Bodyside Moldings
Grocery Bag Hoist-on 3rd-row Seatbacks
Heated Front Seats
Leatherwrapped Perforated Seating
Power Liftgate
Remote Start System[20]
Stow 'n Place® Bright Side Roof Rails with Integrated Crossbars
Uconnect Group/Door Opener[20]

**PACIFICA • HYBRID LIMITED**

Select standard equipment over Hybrid Touring L:

powertrain
3.6L Atkinson-Cycle V6 Hybrid Engine with EVT
16kWh Battery

2nd-row USB Charge Ports
Auto-dimming Rearview Mirror
Chrome Exterior Mirrors
Hands-free Sliding Doors and Liftgate
Premium Leather-trimmed Seats
Super Console
Uconnect 4C NAV with 8-inch Display
Ventilated Front Seats
Uconnect Theater with Wireless Streaming
Advanced SafetyTec Group
20-Speaker Harman Kardon® Sound Group

WHEELS

**2018 CHRYSLER PACIFICA**

DEALER ePROCESS





(1) Based on the latest available competitive information and the FCA US LLC Premium Minivan segment. (2) Based on available features and the latest available competitive information and the FCA US LLC vehicles. (3) Be sure to follow all instructions in Owner's Manual for removal. (4) Based on the latest available competitive information and the FCA US LLC Premium Minivan segment. Excludes other FCA US LLC vehicles. (5) Wi-Fi subscription required. Vehicle must be registered with Uconnect Access and fulfill minimum subscription requirements. Vehicle must be properly equipped and an active subscription required.

©2017 FCA US LLC. All Rights Reserved. Chrysler, Dodge, Jeep, Ram, the Chrysler wing design, Automobility Program. Imported From Detroit, KeySense, LaneSense, Mopar, the Mopar Owner Connect design, Mopar Vehicle Protection, Pacifica, ParkSense, ParkView, Protector, Sow 'n Go, Stow 'n Place and Uconnect are registered trademarks, and Keyless Enter 'n Go, Safey Tec and Stow 'n Vac are trademarks of FCA US LLC.

Alpine and the Alpine logo are registered trademarks of Alpine Electronics, Inc. All rights reserved. Google Maps, Google Play, Google+ and YouTube are registered trademarks, and Android Auto is a trademark of Google Inc. All other trademarks are the property of their respective owners. iPhone, iTunes and Siri are registered trademarks, and Apple CarPlay is a trademark of Apple Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Blu-ray is a registered trademark of Blu-ray Disc Association. LLC. Facebook and logo are registered trademark of Facebook, Inc. Harman Kardon is a registered trademark and GreenEdge is a trademark of Harman International Industries, Inc. Instagram is a registered trademark of Instagram, Inc. Pinterest is a registered trademark of Pinterest, Inc. RBDID is a registered trademark of RBDID, Inc. SiriusXM and SiriusXM Connected Vehicle Services Inc.. SiriusXM, SiriusXM and SiriusXM Guardian and all affiliated marks and logos are registered trademarks of SiriusXM Radio Inc. The Twitter name, logo, Twitter T, Tweet and Twitter bird are service marks of Twitter, Inc. in the United States and other countries.

This brochure is a publication of FCA US LLC. All product illustrations and specifications are based upon current information at the time of publication approval at the time of publication. FCA US LLC reserves the right to make changes from time to time, without notice or obligation, in prices, specifications, colors and materials, and to change or discontinue models, which are considered necessary to the purpose of product improvement or for reasons of design and/or marketing.

74-585-5812

# EXHIBIT C

EXHIBIT C



IMPORTED FROM DETROIT®

The all-new 2017 **Chrysler Pacifica**



There are no typical days for the modern family, only equally chaotic. The all-new Chrysler Pacifica is up to the multitask and what happens between the schedule lines — moments that aren't planned. They remind us of what it's like to be a kid again. Introducing 37 segment-first* features invented to calm the storm of busy lives, together.

*A note about this brochure: all disclaimers and disclosures can be found on the inside back cover.



Curb appeal.

Generation us.

What's yours is theirs, and Pacifica stands for family pride as much as your home, while it raises the neighborhood bar. This all-new ultimate family vehicle displays a sleek, athletic stance with a sculpted body. Features like LED lighting, available chrome accents and 20-inch wheels highlight the sharp style to the new silhouette.

design



**Engineered for strength.**

The all-new Pacifica architecture is built from the ground up, starting with strategically placed dual-phase, high-strength, lightweight steel, resulting in a strong safety cage that contributes to impact protection.



## The all-new Pacifica is the quietest vehicle in its class.[2]

### Utility gets a new platform.

The all-new architecture and independent rear suspension optimize ride and handling with a front suspension cradle configured for strength, stiffness and redefined driving dynamics. The low rolling-resistance tires are a key component to unsurpassed highway fuel efficiency in its class,[1] while stiffer wheel designs reduce NVH factors.

[1] Based on latest available competitive information and manufacturer's estimated 18 city / 28 hwy mpg with 3.6L engine and nine-speed transmission.

### Noise, vibration and harshness (NVH) take a backseat to a smooth and quiet ride.

The sculpted shape offers advanced aerodynamics, while the enhanced low-sound exhaust and motor volumes, laminated glass, Active Noise Cancellation (ANC) and triple-seal doors contribute to what makes Pacifica the quietest vehicle in its class.[2]





First-ever[1]
Hybrid in its class
with 80 MPGe*

## Serene attention and respect.

The Hybrid powertrain provides highly efficient delivery of intuitive power and range. Modern exterior features include LED lighting, chrome accents, unique Silver Teal body color as well as signature Teal badging accents, grille design and wheels exclusive to the Pacifica Hybrid. Bringing the outside in, Anodized Ice Cave interior accent finishes and Ice Blue stitching give a soothing sense of cabin serenity.

efficiency 10

## 80 MPGe* / 30* electric miles for 530*-mile combined range.

Look to the Hybrid technology for outstanding fuel economy of 80 MPGe,* a 30-mile electric range* and a total driving range of 530 miles* with V6 powertrain and charge. The Hybrid model may be plugged in and electrically charged, as well as through regenerative braking by the gasoline engine.



### Smart app.

The Hybrid-exclusive Uconnect® app lets you get your vehicle information remotely, so you can always be prepared and plan your charging schedule accordingly.




















**Hybrid screens.**
Uconnect offers Hybrid Electric Pages on the Driver Information Display (DID), providing customizable efficiency and power-usage details.

**Two-hour charge.†**
The Pacifica Hybrid enables recharging of the battery via a standard 120v outlet or charge in as little as two hours† with an available 240v charging system.

*Based on manufacturer's testing. Actual mileage may vary.
†Requires purchase and professional installation. See Chrysler dealer for details.








## Day-tripping on a single charge.

Whether you're driving in the city or on the highway, the smart Pacifica Hybrid technology seamlessly transfers between gas and electric power based on how you're driving at that moment. It's about providing maximum efficiency and capability to cover lower-range daily driving, such as errands and carpooling, all within a single charge. A convenient five-point charging indicator on the instrument panel is visible from outside the vehicle to easily identify the battery's charge level.



efficiency 12

DEALER E-PROCESS



Unsurpassed highway fuel economy in its class[3]

efficiency 14

18 MPG city / 28 MPG highway.*

When you choose the Pacifica, you get a powerful yet economic powertrain with a standard 3.6L Pentastar® Variable Valve Timing (VVT) V6 engine with 9-speed automatic transmission that delivers an impressive best-in-class† 287 horsepower and 262 lb-ft of torque.

9-speed transmission.

The all-new Pacifica is the only vehicle in its segment to be equipped with the pioneering mechanics of a standard 9-speed automatic transmission — a primary contributor to fuel efficiency and driving dynamics.

*Based on manufacturer's testing. Actual mileage may vary.

DEP DEALER E-PROCESS



## Wide open space.

Making room for more is rarely a hurdle with the all-new Pacifica's interior spaciousness, including best-in-class[1] cargo volume and second[2] and third-row seats that fold down into bins in the floor. Occupants in all three rows will notice the abundant leg room, shoulder room and head room for a relaxing, comfortable ride.

[1]Non-hybrid models.

DP DEALER E-PROCESS








## Everybody in with available seating for 8.





The spacious family room on the go.

The available new seating for eight* includes an easily removable* center seat in the second row, adding an armrest, cup holder and bin when the seatback is folded down. The eighth seat also increases the capacity of LATCH-installed child seats to five. This lightweight seat can be easily removed when additional cargo space is needed.

*Non-hybrid model.

DEALER E-PROCESS



## Formation finding.

Appreciate the awe-inspiring view while enjoying cloud formations and imagining distant galaxies. The spacious Pacifica interior is visually expanded with the segment-first¹ available Tri-Pane Panoramic Sunroof with power dual-pane, first- and second-row sunroof with third-row fixed overhead glass. The deep-tint glass and available sunshades give a moment of relaxation at any time of the day.

Properly secure all cargo.

DEP DEALER E-PROCESS



**Class-exclusive[5] Stow 'n Go®
seating and storage — no heavy
lifting or seat removal[4] required.**







The only minivan in its class[5] with
Stow n Go seating, storage and
cargo system.

Designed to be used without having to remove[4] the seats,
the Stow 'n Go seating and storage system is the key to
smooth transitions. With the new Stow 'n Go Assist feature
prompting the second-row bins is as simple
as pressing a button to slide the front seats forward, allowing
easy access to the in-floor bin.

With 243 different seating
configurations, versatility
goes further.

The all-new family room on wheels offers
243 different seating configurations with the
available seating for eight. With seats stowed in
the floor, an expansive flat cargo space will hold a
large stack of 4' x 8' sheets of construction material.
When seats are in the upright position, in-floor
bins provide storage and gear organization.

DEALER E-PROCESS



Properly secure all cargo.

Properly secure all cargo.

*interior* 22











## Easy Tilt third-row access.

Passengers can easily climb in and out of the third row using the class-exclusive[,] second-row Easy Tilt seat feature. At the simple pull of a lever, the second-row seat shifts forward, even with an unoccupied installed child seat in place.

## No-fumble entrance made easy.

With the available hands-free* liftgate and sliding side doors, a simple wave of a foot opens up the vehicle while the key fob is on or near you. Whether you're carrying shopping bags or a sleeping baby, getting settled has never been smoother.

*Late availability.

interior 24

DP DEALER E-PROCESS



Quick cleanup.

Properly secure all cargo.

## Do-it-themselves with the available Stow 'n Vac integrated vacuum.

When things get messy, the convenience of an available lightweight, easy-to-operate, built-in vacuum by RIDGID® reaches behind the second row, making cleanup simple. Stored and contained near the second row of the driver's side, the most powerful integrated vacuum in its class² offers easy access to all corners of the Pacifica. Stow 'n Vac includes debris-drawer removal, for simple disposal, as well as a longer accessory hose for extended reach.





*interior* 26



## A headache-free zone and quietest vehicle in its class?

The premium, ergonomically designed seats support contours of the body and let occupants luxuriate in excellent leg room. The all-new Active Noise Cancellation (ANC) technology provides a peaceful cabin experience, contributing to the quietest vehicle in its class? The refined interior displays leather and cloth seating options with distinct stitching detail, as well as the standard Rotary E-shift dial and open center console with storage. The available 12-way adjustable driver seat with four-way power lumbar support and memory settings, heated steering wheel and keyless entry with push-button start are part of the available comforts that make Pacifica built to appreciate the driver.

DEALER E-PROCESS

*interior* 28



## The most technologically advanced vehicle in its class.[1]

Pacifica transforms passenger productivity, entertainment and safety technology with the future of applied science and automation, bringing home and office capabilities on the road. The available 8.4-inch Uconnect® touchscreen has the ability to display turn-by-turn navigation instructions in the 7-inch full-color Driver Information Display (DID). The available all-new rear-seat Uconnect Theater offers the most advanced entertainment systems in its class.[2] And paramount to helping protect you and your family is over 100 standard and available safety and security features that automatically react in the blink of an eye.








## Available Uconnect tools for demanding schedules.

Uconnect Access available WiFi Hotspot and apps are the remote tools to help you manage your busy lifestyle. From warming up your Pacifica on a cold morning with Remote Start to using Yelp® and Voice Texting™ to arrange dinner plans, you'll have command of your demanding schedule.

You'll also enjoy your music apps like Pandora,® Slacker Radio,® Aha by HARMAN and iHeartRadio™ using the Uconnect touchscreen.

Visit DriveUconnect.com for more information on all the latest tools and apps that make your life easier.

## The most advanced entertainment system in its class.[6]

### Uconnect® Touchscreen.

Remain focused on the road with your hands on the wheel, while you communicate, navigate and stay entertained. Personalize your information and connectivity with available features like Uconnect Access™ with WiFi! Siri® Eyes Free® voice commands,™ Do Not Disturb to route incoming calls and texts, and the Drag and Drop menu bar to display your top Uconnect features and services.

### Uconnect Theater.

The available Uconnect Theater allows second-row occupants to bring their lives along for the ride and simply connect with available USB and HDMI device connectivity. This technology integrates apps on two 10-inch HD touchscreens with the ability to stream media, keeping the crew entertained and in place. The dual backseat screens can display separate videos or games simultaneously.






## The largest available touchscreens in its class.[1]



## SiriusXM® All Access[12] Package in your Pacifica and online.

From coast-to-coast road trips to your daily commute, you'll have over 150 channels to enjoy. Online streaming is also included as part of your one-year trial. So, whether on the go, at home or work, you have the ability to customize your music and listen to your favorite content on demand. SiriusXM Traffic[13] and SiriusXM Travel Link[14] are included on the 8.4-inch Uconnect® radio with a five-year trial.

Go to siriusxm.com/getallaccess for more information.

SiriusXM® TRAVEL LINK

SiriusXM® TRAFFIC

((SiriusXM))



## Take charge from any seat.

A USB port located in the first-row center stack can be used to play movies on the Uconnect Theater 10-inch HD touchscreens. Available additional ports in the first, second and third row also provide charging convenience.



## Sound your on-board specialists will approve.

With the available Harman Kardon® premium audio system, every seat is perfectly tuned by sound specialists to immerse you in multichannel surround-sound with up to 20 speakers in 13 locations — providing a life-like audio experience with the powerful quality of GreenEdge™ technology.



## A cabin designed for optimal acoustics.

● Six (6) Active Noise Cancellation Components

Two (2) 6" x 9" Speakers Front Doors

Two (2) 6" x 9" Speakers 2nd Row

Three (3) 3.5" x 1" Speakers Instrument Panel

Four (4) 3.5" x 1" Speakers

Two (2) 6" x 9" Speakers Liftgate





## KeySense makes handing over the keys easier.

Put limits on speed, audio volume, SiriusXM® Channel® skip and more, as well as activate safety and security settings for additional drivers with the available KeySense feature. All can be assigned easily from the Uconnect® touchscreen or be utilized with a programmable key fob.

## Acoustically sound with Active Noise Cancellation (ANC).

Contributing to the quietness of the cabin, the standard available ANC technology means engine and powertrain noise are subdued through wide-noise wavelengths. The all-new Pacifica offers three levels of audio systems, which are equipped with six ANC microphones to enhance noise quality.



## Personalize the vehicle information you see.

An available 7-inch full-color Driver Information Display (DID) delivers configurable and incredibly crisp graphics that are seamlessly integrated with cluster gauges. The display allows for a wide range of driver assist settings, such as digital speedometer, fuel economy, available Adaptive Cruise Control with Stop and Go,® LaneSense® Lane Departure Warning with Lane Keep Assist® and turn-by-turn navigation. A host of trip, audio and vehicle settings and information are all customizable to what you would like to view.







# Date night.

The life of the modern family is about quality time — wanting the most for each other while making time for yourself. The gorgeous and sleek all-new Pacifica silhouette makes a good case for parents night out.

DP DEALER E-PROCESS



## Advanced evolution.

The upper body and frame of the all-new Pacifica's unibody structure are engineered as a single unit, bringing a superior foundation for achieving premium sedan-like agility. This architecture carries exceptionally solid strength, advanced structural applications, optimized proportions, and dynamic qualities like an enhanced grade of high-strength steel. The new door design also increases visibility around the front windows and pillars while sound-absorbing barriers in body cavities and the engine area reduce overall passenger-compartment noise, contributing to less driver distraction.



100+ standard and available safety & security features





Your family's safety and security are what matter most.

Over 100 standard and available safety and security features include advanced driver assistance features which help you to park, brake in the event you need it, as well as alert you of vehicles in your blind spot.

The modern minivan driver shows off power moves with confident agility and precision.

Tuned and calibrated on rural roads, thoroughfares, highways, and at validation facilities, Pacifica is equipped to deliver the ride, feel and comfort of a premium vehicle with precision-tuned handling for more aggressive driving characteristics and precise, responsive steering. The Pacifica utilizes approximately 65-percent high-strength steel for maximizing stiffness and strength — for vehicle dynamics and crash performance — while optimizing weight efficiency.





Available 360° Surround-View Camera[15]

## No guesswork required.

Whether parking, changing lanes, or simply backing out of your driveway, the available full-surround camera views[15] — with visual and audio alerts — provide a new level of technology. Along with keeping an eye on blind spots[16] and the road ahead, Pacifica offers features that automatically slow and stop the vehicle if it is too close to another[17] or help steer it back into your lane if you've unintentionally drifted.[18]

Available Blind Spot Monitoring (BSM)[19]

BSM[19] notifies you when another vehicle is present with illuminated icons in the outside rearview mirrors and chimes when selected. The system alerts you of vehicles in the blind areas when passing or changing lanes. Rear Cross-Path Detection[20] notifies of vehicles crossing your path when your Pacifica is in reverse.



Available SurroundView Camera[15] shown on the 8.4-inch Uconnect touchscreen.

safety 44



Make pro-tip parking skills part of your daily routine.

safety 46

With Parallel and Perpendicular Park Assist,[15] your spot is open.

Helping to guide you into place confidently, the available ParkSense® Rear Park Assist with Stop capability[15] and Parallel and Perpendicular Park Assist[15] help you in your daily maneuvers.



## Pacifica helps to keep you at a safe distance.

Optional LaneSense® Lane Departure Warning (LDW) with Lane Keep Assist[14] will automatically help guide you back into your lane if you've crossed the line without using your turn signal.

Available Adaptive Cruise Control (ACC) with Stop and Go[15] identifies vehicles driving in front of yours and maintains a set distance between you, including Full Stop functionality if necessary.

Preventing potential impact, available Forward Collision Warning (FCW) with Active Braking[17] will slow, as well as stop in some instances, your Pacifica to help prevent an impact.



Velvet Red  Billet Silver  Bright White  Jazz Blue  Tusk White  Dark Cordovan  Silver Teal  Molten Silver  Brilliant Black  Granite Crystal

## Interior colors.

The interior on the all-new Pacifica offers sophisticated material and trim combinations with soft surfaces and contemporary colors to convey an ambiance of living room comfort.

## Exterior colors.

As many as nine exterior colors are offered (not including a tablet-specific hue), as well as an all-new finish. The paint is developed to accentuate the surfacing of Pacifica in terms of how the colors and finishes appear in bright sunlight, overcast or low-light conditions.






Touring Hybrid











Limited Hybrid

Black Nappa Leather with Axis II Perforations

Alloy Nappa Leather with Axis II Perforations

Alloy Cloth with Rain Forest Print

LX and Touring

Toffee Ravine Cloth

Alloy Ravine Cloth

Black Ravine Cloth

Touring-L



Alloy/Toffee Two-Tone McKinley Leather

Alloy McKinley Leather

Black McKinley Leather

Touring-L Plus





Alloy/Toffee Two-Tone McKinley Leather with Axis II Perforations

Alloy McKinley Leather with Axis II Perforations

Black McKinley Leather with Axis II Perforations

Limited

Deep Mocha Nappa Leather with Axis II Perforations

Alloy Nappa Leather with Axis II Perforations

Black Nappa Leather with Axis II Perforations

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| **Powertrain** | | | | | | | |
| Engine/Transaxle — 3.6L Pentastar® V6 VVT with nine-speed automatic | s | s | s | s | s | | |
| 3.6L Pentastar V6 Hybrid | | | | | | s | s |
| **Mechanical Features** | | | | | | | |
| Alternator — 160-amp | s | s | | | | | |
| — 180-amp | | | s | s | s | | |
| — 220-amp (included with Uconnect® Theater and Trailer Tow Group) | o | o | p | p | s | | |
| Battery — 650-amp | s | s | | | | | |
| — 730-amp | | | s | s | s | s | s |
| Brakes — Four-wheel antilock with disc | s | s | s | s | s | | |
| — Four-wheel antilock regenerative | | | | | | s | s |
| Defroster — Rear | s | s | s | s | s | s | s |
| Engine Block Heater | o | o | o | o | o | o | o |
| Fuel Tank — 16.5-gallon | s | s | s | s | s | | |
| — 19-gallon | | | | | | s | s |
| Suspension — Heavy-duty | s | s | s | | | | |
| — Normal-duty | | | | s | s | s | s |
| — Touring (included with 18-inch wheels) | | | p | p | s | | |
| Tip Start | s | s | s | s | s | s | s |
| **Exterior Features** | | | | | | | |
| Door Handles — Body-color | s | s | | | | | |
| — Bright | | | s | s | s | s | s |
| Doors — Power sliding | f | f | s | s | s | s | s |
| Fog Lamps — Premium | | | s | s | s | s | s |
| — LED | | | | | s | | s |
| Glass — Sunscreen | s | s | s | s | s | s | s |
| Grille — Black | s | s | | | | | |
| — Black upper | | | s | | | | |
| — Black with bright surround | | | | s | s | s | s |
| Headlamps — Auto High-Beam Control (included with Advanced Safety Tec™ Group) | | | p | p | s | p | s |
| — Automatic | s | s | s | s | s | s | s |
| — Halogen | s | s | s | | | | |
| — High Intensity Discharge (HID) | | | | s | s | s | s |
| — Quad-Halogen | | | s | s | | | |
| Liftgate — Power | | | s | s | s | s | s |
| Mirrors — Foldaway, power, heated | s | s | | | | | |
| — Body-color, foldaway, power, heated | | | s | | | | |
| — Chrome, foldaway, power, heated with indicator | | | | s | | | |
| — Chrome, power folding, power heated, auto-dimming driver-side, courtesy lamps, turn indicator, auto-adjust-in-Reverse | | | | | s | | s |
| Molding — Body-side, bright | | | | s | s | s | s |
| Roof Rack — Stow 'N Place® Black | f | f | s | s | | | |
| — Stow 'N Place, bright (included with Ext. Appearance Group) | | | | p | s | p | s |
| Sill Appliqué — Body-color | | | | | s | | s |
| Tri-Pane Panoramic Sunroof | | | o | o | o | o | o |
| Tires — 235/65R17 BSV All-season | s | s | s | | | | |
| — 235/60R18 BSV All-season | | | o | s | s | s | s |
| — 245/50R20 BSV All-season | | | | | o | | o |

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| **Exterior Features (continued)** | | | | | | | |
| Tire Service Kit | s | s | s | s | s | | |
| Inflatable Spare Tire Kit — Includes air compressor and 17-inch inflatable spare tire | f | f | o | | | | p |
| Inflatable Spare Tire Kit — Includes air compressor and sealant and inflatable 17-inch spare tire | | | | o | o | p | |
| Wheels — 17-inch aluminum 10-spoke design | s | s | | | | | |
| — 17-inch aluminum 10-spoke turbine design | o | o | | | | | |
| — 17-inch aluminum five-spoke bladed design | o | o | o | | | | |
| — 18-inch aluminum five-spoke Satin Silver design | | | o | s | | | |
| — 18-inch 10-spoke polished aluminum design | | | | | s | | |
| — 18-inch aluminum (included with Exterior Appearance Group) | | | p | p | | p | |
| — 20-inch aluminum Tri-spoke design | | | | | o | | o |
| Windshield Wipers — Front, rain-sensing (included with Advanced Safety Tec™ Group) | | | p | p | s | p | s |
| — Front/variable/intermittent | s | s | s | s | s | s | s |
| — Rear wiper/washer | s | s | s | s | s | s | s |
| **Interior Features** | | | | | | | |
| Air Conditioning — Three-zone automatic climate control | | | s | s | s | s | s |
| — Three-zone manual climate control | s | s | | | | | |
| Cruise Control | s | s | s | s | | s | |
| Adaptive Cruise Control with Stop and Go® (included with Advanced Safety Tec. Group) | | | p | p | s | p | s |
| Door Locks — Power | s | s | s | s | s | s | s |
| Grocery Bag Hooks — Third-row seatbacks | s | s | s | s | s | s | s |
| Lighting — Cargo compartment | s | s | s | s | s | s | s |
| — Footwell courtesy | | | | s | s | s | s |
| — Front | s | s | s | s | s | s | s |
| — Glove box lamp | s | s | s | s | s | s | s |
| — Liftgate, single floodlamp | | | s | s | s | s | s |
| — Overhead ambient surround | | | | s | s | s | s |
| — Rear reading courtesy | s | s | s | s | s | s | s |
| — Right and left front-door searchlights | | | | s | s | s | s |
| Mirrors — Auto-dimming rearview | | | s | s | s | s | s |
| — Rearview w/microphone | s | s | s | s | s | s | s |
| Power Outlets — 12-volt in instrument panel | s | s | s | s | s | s | s |
| — 115-volt (included with Uconnect® Theater Package and Uconnect Theater and Sound Group) | | | p | p | p | p | p |
| Remote Start | | | s | s | s | s | s |
| Shades — Second- and third-row retractable | | | | s | s | s | s |
| Steering Column — Tilt/telescoping | s | s | s | s | s | s | s |
| Steering Wheel — Heated (included with Comfort Group) | | | | s | s | p | s |
| — Mounted audio controls | s | s | s | s | s | s | s |
| — Luxury | | | | | s | | s |
| Storage — Glove box locking | s | s | s | s | s | s | s |
| — Floor tray | | | s | s | s | s | s |
| — Lower instrument-panel cubby | s | s | s | s | s | s | s |
| — Super console | | | s | s | s | s | s |
| Stow 'n Vac — Integrated vacuum cleaner | | | | | o | | o |

s — standard | o — optional | p — package | f — fleet only

### Interior Features (continued)

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Trip Computer — Electronic Vehicle Information Center (EVIC) with display in instrument cluster controls mounted on steering wheel | s | s | s | s | s | s | s |
| Universal Garage Door Opener | | | | s | s | | s |
| Windows — Power front and second row, front one-touch down | s | s | | | | | |
| —Power front and second row, one-touch down | | | s | s | s | s | s |

### Seating

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Cloth Seating | s | s | | | | s | |
| Leather-trimmed Seating | | | s | | | | |
| Perforated Leather-trimmed Seating | | | | s | | | |
| Premium Leather-trimmed Seating | | | | | s | | s |
| Eight-way Power Driver and Front-passenger Seats with Driver Seat Memory | | | s | s | s | s | s |
| Eight-way Power Driver Seat with Four-way Power Lumbar Support | | s | s | s | s | s | s |
| Eight-way Power Front-passenger Seat (included with Comfort Group) | | | p | p | s | p | s |
| Ventilated Front Seats (included with Comfort Group) | | | p | p | s | p | s |
| Heated Front Seats | | s | s | s | s | s | s |
| Heated Second-row Seats | | | s | s | s | s | s |
| Stow 'n Go® Assist — Driver side | | | s | s | s | | |
| —Passenger side | | | s | s | s | | |
| Stow-n-Go® Seating | s | s | s | s | s | | |
| Third-row Stow 'n Go (60/40) Bench Seat | s | s | s | s | s | s | s |
| Third-row Power Folding Seat | | | | | s | | s |
| Seating for Eight | s | s | s | s | s | s | s |

### Uconnect Multimedia

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Uconnect 5.0 — 5-inch touchscreen, AM/FM, Integrated Voice Command™ and Bluetooth®, Voice Text Reply† | o | | | | | | |
| Uconnect 4 — 8.4-inch touchscreen, AM/FM, AUX/USB, Integrated Voice Command™ with Bluetooth, Voice Text Reply, Uconnect Access (5-month subscription), SiriusXM Travel Link, Do Not Disturb, Vehicle User Guide, Drag and Drop menu bar | | o | o | | | | |
| Uconnect 8.4 NAV — 8.4-inch touchscreen, AM/FM, AUX/USB, Integrated Voice Command™ with Bluetooth, Voice Text Reply, Uconnect Access (12-month subscription), SiriusXM Travel Link, Do Not Disturb, Vehicle User Guide, Drag and Drop menu bar, HD radio, navigation, SiriusXM Traffic™ and SiriusXM Travel Link® | f | | o | s | s | o | s |
| SiriusXM Satellite Radio® | s | s | s | s | s | s | s |
| Uconnect Theater | | | p | p | o | o | o |
| 13 Alpine® speakers (included with Uconnect Theater Package and 13-Speaker Alpine Sound Group) | | | p | p | s | | s |
| 20 Harman Kardon® speakers (included with 20-Speaker Harman Kardon Sound Group and Uconnect Theater and Sound Group) | | | | | p | | p |

### Safety & Security

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Air bags† — Advanced multistage driver and front passenger, includes low-risk deployment | s | s | s | s | s | s | s |
| —Driver and front-passenger inflatable knee blocker | s | s | s | s | s | s | s |
| —Front seat-mounted side | s | s | s | s | s | s | s |
| —Side-curtain, outboard passengers, all rows | s | s | s | s | s | s | s |
| Blind Spot Monitoring — Included with Safety Tec™ Group and Advanced Safety Tec Group on Limited Hybrid | p | p | p | p | s | p | s |
| Child Seat Anchor System (LATCH) | s | s | s | s | s | s | s |

### Safety & Security (continued)

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Electronic Parking Brake with Side Hold | s | s | s | s | s | s | s |
| Electronic Stability Control (ESC)® | s | s | s | s | s | s | s |
| Forward Collision Warning Plus† (included with Advanced Safety Tec™ Group) | o | o | p | p | p | p | p |
| KeySense | | | | | p | | p |
| LaneSense™ Lane Departure Warning with Lane Keep Assist† (included with Advanced Safety Tec Group) | o | o | p | p | p | p | p |
| Parallel and Perpendicular Park Assist® (included with Advanced Safety Tec Group) | o | o | p | p | p | p | p |
| ParkSense® Rear Park Assist with Stop® (included with Safety Tec Group) | p | p | p | p | s | p | s |
| ParkSense Front/Rear Park Assist with Stop® (included with Advanced Safety Tec Group) | o | o | p | p | p | p | p |
| ParkView® Rear Back-Up Camera® | s | s | s | s | s | s | s |
| Rear Cross-Path Detection™ (included with Safety Tec Group and Advanced Safety Tec Group on Limited Hybrid) | p | p | p | p | s | p | s |
| Remote Keyless Entry | s | s | s | s | s | s | s |
| Remote Proximity Entry — All doors (included with power sliding doors) | f | f | s | s | s | s | s |
| Security Alarm | | | | | s | | s |
| SurroundView Camera® (included with Advanced Safety Tec Group) | | | p | p | p | p | p |
| Tire Pressure Monitoring System | s | s | s | s | s | s | s |
| Trailer Sway Control (included with Trailer Tow Group) | p | p | p | p | p | p | p |
| Uconnect® Voice Command® | s | s | s | s | s | s | s |

### Packages/Equipment Groups

| | LX | TOURING | TOURING-L | TOURING-L PLUS | LIMITED | TOURING HYBRID | LIMITED HYBRID |
|---|---|---|---|---|---|---|---|
| Advanced Safety Tec Group — Includes Advanced Brake Assist, Forward Collision Warning Plus, rain-sensing windshield wipers, Auto High-Beam Headlamp Control, Adaptive Cruise Control with Stop and Go, LaneSense Lane Departure Warning with Lane Keep Assist, SurroundView Camera, ParkSense Front/Rear Park Assist with Stop, Parallel and Perpendicular Park Assist | | | o | o | o | o | o |
| Comfort Group — Includes ventilated front seats, heated steering wheel and power eight-way passenger seat | | | o | o | | o | |
| Exterior Appearance Group — Includes bright roof rails and 18-inch wheels | | | | | o | | o |
| Hands-Free Sliding Doors and Liftgate Group — Includes hands-free sliding doors and liftgate | | | | o | o | o | o |
| SafetyTec Group — Includes ParkSense Rear Park Assist with Stop, Blind Spot Monitoring™ and Rear Cross-Path Detection® | o | o | o | o | | o | |
| Trailer Tow Group — Includes trailer wiring harness, Trailer Sway Control, heavy-duty radiator and 220-amp alternator on Limited and Class II hitch receiver | | o | o | o | o | | |
| Uconnect Theater Package — Includes 220-amp alternator, 115-auxiliary power outlet, 13 Alpine® speakers, wireless headphones, video remote control HDMI input, USB charge port in third row, two 10-inch seatback touchscreens, USB port, Blu-ray/DVD player | | | o | o | | | |
| Uconnect Theater and Sound Group — Includes 220-amp alternator, 115-auxiliary power outlet, 20 Harman Kardon® speakers, wireless head phones, video remote control, HDMI input, two 10-inch seatback touchscreens, USB port, 760-watt amplifier, Blu-ray/DVD player | | | | | o | | o |
| Seating for Eight and 20-inch Wheels Group — Deletes Tri-Pane Panoramic Sunroof | | | | | o | | o |
| 13-Speaker Alpine Sound Group — Includes 13 Alpine speakers | | | | o | | o | |
| 20-Speaker Harman Kardon Sound Group — Includes 20 speakers and 760-watt amplifier | | | | | o | | o |

s — standard | o — optional | p — package | f — fleet only

DEP DEALER E-PROCESS

## PACIFICA LX

**Select standard equipment for LX**

powertrain
3.6L Pentastar V6 9-speed Automatic Transmission

- Active Noise Cancellation (ANC)
- Active Grille Shutters
- 6 Speakers
- Cupless Fuel Fill
- Adaptive Cruise Control[1]
- Deep-tint Glass
- Keyless Enter 'n Go™
- ParkView® Rear Back-Up Camera[1]
- Power Locks
- Power Front and Second-row Windows
- Stow 'n Go® Seating
- Stow 'n Go Assist (driver side)
- Three-zone Manual Climate Control
- Tilt/Telescoping Steering Wheel
- Uconnect® 5.0


standard wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WN)


optional wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WGD)

## PACIFICA TOURING

**Select standard equipment over LX**

powertrain
3.6L Pentastar V6 9-speed Automatic Transmission

- Additional Charge-only First-row USB Port
- Automatic Headlamps
- Interior Door Handle LED Lamps
- Power Sliding Doors
- Rear Reading Courtesy Lamps
- Remote Proximity Entry on All Doors


standard wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WPA)


optional wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WN)

## PACIFICA TOURING-L

**Select standard equipment over Touring**

powertrain
3.6L Pentastar V6 9-speed Automatic Transmission

- Blind Spot Monitoring[1] and Rear Cross-Path Detection[1]
- Bi-color LED Exterior Mirrors
- Bright Bodyside Moldings
- Bright Door Handles
- Fog Lamps
- Heated Front Seats
- Leather-trimmed Seating
- LED Taillamps
- Power Liftgate
- Three-zone Automatic Climate Control
- ParkSense® Rear Park Assist with Stop[1]
- Remote Start
- Stow 'N Place® Black Side Roof Rails with Integrated Crossbars


standard wheel 17-inch Cast Aluminum Fully Painted Satin Silver (WFS)


optional wheel 18-inch Cast Aluminum Fully Painted Satin Silver (WFS)

## PACIFICA TOURING-L PLUS

**Select standard equipment over Touring-L**

powertrain
3.6L Pentastar V6 9-speed Automatic Transmission

- Heated Second-row Seats
- Heated Steering Wheel
- Perforated Leather-trimmed Seats
- Stow 'N Place® Bright Side Roof Rails with Integrated Crossbars
- Uconnect® Theater
- Uconnect 8.4-inch Radio
- 7-inch Driver Information Display (DID)
- 13 Speakers


standard wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WGD)


optional wheel 18-inch Cast Aluminum Fully Painted Satin Silver (WN)

## PACIFICA LIMITED

**Select standard equipment over Touring-L Plus**

powertrain
3.6L Pentastar V6 9-speed Automatic Transmission

- Chrome Exterior Mirrors
- Hands-free Sliding Doors and Liftgate
- High Intensity Discharge (HID) Headlamps
- Uconnect 8.4 NAV Radio
- LED Fog Lamps
- Premium Leather-trimmed Seats
- Second-row USB Charge Ports
- Auto-dimming Exterior Driver-side Mirror
- Power Folding Third-row Seat
- Tri-Pane Panoramic Sunroof
- Ventilated Front Seats


standard wheel 18-inch Cast Aluminum Fully Polished (WPF)


optional wheel 20-inch Cast Aluminum Polished face with Tech Grey pockets (WPK)

## PACIFICA TOURING HYBRID

**Select standard equipment over Touring**

- Active Noise Cancellation (ANC)
- Automatic Headlamps with Time-off Delay
- Body-color, Power, Heated Mirrors
- Bright Door Handles
- Daytime Running Lamps (DRLs)
- Deep-tint Glass
- Fog Lamps
- Leather-wrapped Steering Wheel
- LED Taillamps
- ParkView® Rear Back-Up Camera[1]
- Power Locks
- Power Windows
- Three-zone Automatic Climate Control
- Uconnect 8.4-inch Radio
- 6 Speakers
- 8-way Power Driver Seat


standard wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WGD)

## PACIFICA LIMITED HYBRID

**Select standard equipment over Touring Hybrid**

- Bright Bodyside Molding
- Chrome Mirrors
- Hands-free Liftgate and Sliding Doors
- Heated Front Seats
- Leather-trimmed Seating
- ParkSense® Rear Park Assist with Stop[1]
- Remote Start
- Uconnect 8.4 NAV Radio


standard wheel 17-inch Cast Aluminum Fully Painted Tech Silver (WGD)


optional wheel 18-inch Cast Aluminum Polished/Painted (WN)

DE⏵ DEALER E-PROCESS



## The Chrysler Collection · Imported From Detroit®

Bring the Chrysler brand style and distinction to your lifestyle in and out of your vehicle with authentic, professional, active, travel and home accessories and apparel for your favorite Chrysler enthusiast. Shop the complete collection to show you know what earned luxury is all about at collection.chrysler.com

**EFG Black T-shirt**
Item# 10ZYT

Do you have the knowhow that runs generations deep? Prove it with this exceptionally soft, hard-working tee. Available in black. Specifications: Durable rib neckband. Imported From Detroit (IFD) logo on left front chest and back of neck in silver. Made in USA.

**Chrysler Vintage Script T-shirt**
Item# 10YUG

Vintage style and simplicity will net this tee apart from the pack. Available in heathered navy. Specifications: Preshrunk 65% polyester/35% cotton sheer jersey. Chrysler vintage logo screen-printed on front.

**Chrysler 14-oz Vacuum Tumbler**
Item# 90ERR

The ultimate ligm-engraved titanium tumbler: a refreshing combination of advanced technology and elegant practicality. Available in titanium. Specifications: Dual-wall construction. Stainless steel vacuum insulation. Screw-on lid. Push-button locking closure. Laser-engraved Chrysler logo on one side.

**Chrysler Chrome Key Ring**
Item# T175J

This Chrysler-branded chrome key ring lets you easily keep all your keys neatly organized. Specifications: Metal with vinyl strap and chrome trim. Chrome-hinged ring with three detachable split rings. Laser-engraved Chrysler name in placed on strap. Available in navy.

**Chrysler Twill Cap**
Item# 10TGT

Not your traditional baseball cap with its attention to detail. Available in grey. Specifications: Made of brushed cotton twill. Embroidered Chrysler logo on front and textured Chrysler logo on back buckle.

**Chrysler O'GIO® Mercur Backpack**
Item# 100F5

Specifications: Fleece-lined pocket for digital media/ audio or valuables. Side mesh beverage pocket. Comfortable straps with elastic chest absorbers. Sunglasses loop and elastic pocket. Fits most 17" laptops. Embroidered Chrysler wing design on front pocket. 13-1/2" W x 19" H x 8-1/2" D. Available in black.






## Authentic Chrysler Accessories

The all-new 2017 Chrysler Pacifica embodies the family utility and sleek, sporty style. A wide range of Authentic Mopar. Accessories, crafted specifically for the versatile ingenuity of the modern Pacifica, lets you take your family's active lifestyle even further. From Sport and Cargo Carriers to Premium Protection Parts, Mopar helps the crew and all its gear go the distance. Visit your local Chrysler dealership to see the full line of Authentic Accessories for the all-new Chrysler Pacifica.

**Stow 'n Go® Cargo Bins™**

Lightweight bins fit seamlessly within the Stow 'n Go compartments, providing additional storage option when the second-row seats are not in the stowed position. Sold as a set of two.



**All-Weather Mats.**

These molded, custom-fit mats feature deep grooves to trap and hold water, snow and mud, protecting your vehicle's carpet from the elements. The mats, a must during inclement weather, are sold as a set of four. All-Weather Cargo Mat is also available.

**Premium Cargo Carpet Mat.**

This premium, soil-standard cargo mat helps protect your vehicle's carpeting. The mat is custom-contoured for a precise fit and is constructed with a superior gripping backing to help keep it firmly in place. Mat also features a Chrysler-embossed badge and removes easily for cleaning. Set of the Premium Carpet Floor Mats is also available.

**Roof-Mount Ski and Snowboard Carrier.**

This convenient carrier holds up to six pairs of skis, four snowboards or a combination of the two. Carrier opens from either side and features corrosion-resistant lock covers. Carrier mounts to the standard Stow 'n Place® Roof Rack System or Roof Rack Kit.

**Hitch Receiver.**

Receiver increases towing capacity to up to 3,600 lb with weight-distributing equipment. The Hitch Ball, Ball Mount and Wiring Harness are sold separately.



**Roof-Mount Bike Carrier.**

Hitch-mount carrier comes in two-bike and four-bike styles (both fit two-inch receivers). Each style folds down to allow your vehicle's liftgate to open without having to remove bikes. Carrier features carrying clamps and security cable.

Properly secure all cargo. *Sold separately. †Check User Guide for hitch type, load capacity, and heavy-duty equipment required. Do not exceed total tow capacity of the vehicle as equipped. Trailer may require items not supplied by Mopar.

DEP · DEALER E-PROCESS













69.9 inches

90.4 inches w/mirrors

68.3 inches front track
68.2 inches (hybrid)

203.6 inches

121.6 inches

68.3 inches rear track
68.2 inches (hybrid)

### WARRANTIES

Chrysler vehicles are covered by an FCA US LLC 3-Year or 36,000-Mile Basic Limited Warranty (excludes normal maintenance and wear items), as well as a 5-Year or 60,000-Mile Powertrain Limited Warranty that is fully transferable and includes Roadside Assistance and 24-Hour Towing. See your Chrysler brand Gas/Fuel Delivery and Battery Jump Assistance. Ask your dealer for details and a copy of these limited warranties.

### AUTOMOBILITY

The FCA US LLC Automobility Program provides aftermarket reimbursement incentives on adaptive vehicle upfit equipment in order to help provide safe and reliable vehicle modifications to enhance accessibility for all people. For more information, call (800) 255-9877 or visit chrysler.com/mobility.com

### SIRIUSXM SATELLITE RADIO

SiriusXM Satellite Radio delivers over 150 channels, including commercial-free music, sports, news, talk, entertainment, traffic and weather. Factory-installed SiriusXM Satellite Radio includes a one-year subscription. For more information, go to siriusxm.com.

### MOPAR OWNER CONNECT

STAY CONNECTED. Your Chrysler vehicle ownership gives you the potential to access exclusive vehicle information, service and maintenance records, recall notifications and special offers through whatever device you prefer — computers, smartphones or tablets! Register your Chrysler brand vehicle at owners.chrysler.com or download the Chrysler Mobile Owners app for free at either the Apple or Google Play stores.

### MOPAR VEHICLE PROTECTION

Mopar Vehicle Protection has a vested interest in your satisfaction and owner experience with your new Chrysler brand vehicle. This is the only extended protection provider backed by the manufacturer, FCA US LLC. No sand behind every Mopar Vehicle Protection plan with certified, factory-trained technicians and the use of authentic Mopar parts. Your plan is honored at over 2,600 dealerships within the United States, Canada, Puerto Rico and Mexico. Be sure to ask for a Mopar Vehicle Protection plan at your dealership, call (800) 447-2566 or visit moparvehicleprotection.com.

### JOIN IN

Join fellow enthusiasts and tell your story by posting comments, participating in discussions, and sharing your Chrysler brand photos and videos. Join our community on Facebook (facebook.com/Chrysler), follow us on Twitter (twitter.com/Chrysler), Google+ (plus.google.com/+Chrysler), Instagram (instagram.com/Chrysler), Pinterest (pinterest.com/Chrysler) and check us out on YouTube (youtube.com/TheChryslerChannel). Thank you for following.

### GO MOBILE

Take an engaging, multimedia tour of your Pacifica on your mobile device. Log on to the Chrysler.com mobile site for a comprehensive, in-depth review of what you need to know about your vehicle. Experience interactive demonstrations of the entire lineup, gaining access to product information at your fingertips, wherever you go.



IMPORTED FROM DETROIT®

1-800-Chrysler
Chrysler.com



Chrysler is a registered trademark of FCA US LLC.

# EXHIBIT D

# EXHIBIT D

# BOTTINI & BOTTINI, INC.

Francis A. Bottini, Jr.

writer's direct:  858.926.2610
fbottini@bottinilaw.com

April 7, 2022

## **VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

FCA US, LLC
5000 Birch Street, Suite 10000
Newport Beach, CA 92660

Agent for Service:
C T Corporation System
330 North Brand Boulevard, Suite 700
Glendale, CA 91203

Re:  ***Notice of Violation of California's Consumers Legal Remedies Act and
Demand for Relief Pursuant to Cal. Civ. Code § 1782***

**To Whom It May Concern:**

Bottini & Bottini, Inc. represents Robyn Reilman ("Plaintiff") owner of a 2018 model Chrysler Pacifica Plug-in Electric Vehicle ("PHEV").  Mrs. Reilman will seek to represent a nationwide class of all owners and lessees of 2017 to 2018 Chrysler Pacifica PHEVs (the "Class Vehicles"), and in the alternative, a California class of the same persons.  This letter is to serve as notice and demand for corrective action by FCA US, LLC ("FCA"), pursuant to the Consumers Legal Remedies Act, California Civil Code §1782(d).

Plaintiff alleges that FCA engaged in deceptive acts and practices, including by misrepresenting the quality and safety of Class Vehicles.  As a result, Class Vehicles are at heightened risk of spontaneous fire.

FCA's conduct violates California consumer protection law, including California's Consumers Legal Remedies Act, California Civil Code §1750, *et seq.*, because FCA:

    a.  misrepresented the source, sponsorship, approval, or certification of goods or services in violation of the Consumers Legal Remedies Act, Civ. Code §1770(a)(2);

    b.  represented that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have in violation of the Consumers Legal Remedies Act, Civ. Code §1770(a)(5); and

Letter to FCA US, LLC
April 7, 2022
Page 2

    c.   represented that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another in violation of the Consumers Legal Remedies Act, Civ. Code §1770(a)(7).

Mrs. Reilman and the other similarly situated purchasers and lessees of the Class Vehicles ("the Class") have suffered harm as a result of these violations. FCA sent consumers of Class Vehicles notices admitting, "a vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage," and that, "the remedy for this condition is not currently available."

With this letter, Bottini & Bottini, Inc., on behalf of Plaintiff, and all other similarly situated persons, demand that you correct your business practices and take prompt action.

Please direct all communications or responses regarding this notice to the following counsel:

Francis A. Bottini, Jr.
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
fbottini@bottinilaw.com

**<u>REQUESTED REMEDIES</u>**

Plaintiff DEMANDS THAT WITHIN THIRTY DAYS you remedy your violations by doing the following:

    I.   Subject to monitoring and confirmation by Plaintiff's counsel, compensate proposed class members for all injuries caused by FCA's misrepresentation of the quality and safety of Class Vehicles resulting in Class Members' harm, including costs associated with the repair needed to ensure Class Vehicle functionality and safety, restitution of all monies paid for the sales price of the Class Vehicles and diminished value of the Class Vehicles.

    II.   Immediately cease the above-described violations of the CLRA.

    III.   Immediately engage in a corrective campaign to fully disclose material information about the Class Vehicles' risk of fires.

    IV.   Pay into a court-approved escrow account an amount of money sufficient to pay Plaintiff's reasonable attorneys' fees and costs.

Please contact us within thirty days to discuss FCA's implementation of these remedies.

Letter to FCA US, LLC
April 7, 2022
Page 3

Sincerely,

 *s/ Francis A. Bottini, Jr.*

Francis A. Bottini, Jr.
for BOTTINI & BOTTINI, INC.



# EXHIBIT E

EXHIBIT E

1
2
3
4
5
6
7

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Nicholaus H. Woltering (SBN 337193)
  nwoltering@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
Email:        fbottini@bottinilaw.com
              nwoltering@bottinilaw.com

8
9

*Attorneys for Plaintiff* Robyn Reilman,
on behalf of herself and all others similarly
situated.

10     **UNITED STATES DISTRICT COURT**

11     **CENTRAL DISTRICT OF CALIFORNIA**

12

13
14
15
16
17
18
19
20

| | |
|---|---|
| **ROBYN REILMAN**, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**FCA US, LLC**,<br><br>    Defendant. | **CASE NO.:**<br><br>**CLRA VENUE DECLARATION OF PLAINTIFF ROBYN REILMAN PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

21
22
23
24
25
26
27
28

DocuSign Envelope ID: 130E095A-64DD-40BE-A51F-BD5B56E16BE5

I, ROBYN REILMAN, hereby declare:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am a Plaintiff in the above-captioned action.

3. I submit this declaration in support of the Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code section 1750 *et seq.*

4. The Complaint has been filed in the proper place for trial of this action.

5. Defendant FCA US, LLC, is headquartered in the state of Michigan.

6. I reside in the City of Valley Glen, County of Los Angeles, California.

7. I purchased a 2018 Chrysler Pacifica PHEV in California from Chrysler Dodge Ram Jeep, a dealership located in the City of Chatsworth, County of Los Angeles, California.

I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct.  Executed this _____ day of April 2022 at _____, California.

4/7/2022 | 1:19 PM PDT

*Robyn Reilman*

_____
ROBYN REILMAN